# EXHIBIT A

Peter J. McNulty, Esq. SBN: 89660
Brett L. Rosenthal, Esq. SBN: 230154
**McNULTY LAW FIRM**
827 Moraga Drive
Bel Air, California 90049
Telephone: (310) 471-2707
Facsimile: (310) 472-7014
peter@mcnultylaw.com
brett@mcnultylaw.com; eservice@mcnultylaw.com
Attorneys for Plaintiffs

**Electronically FILED by Superior Court of California, County of Los Angeles 7/29/2026 3:38 PM David W. Slayton, Executive Officer/Clerk of Court, By G. Delgado, Deputy Clerk**

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**FOR THE COUNTY OF LOS ANGELES**

| | |
|---|---|
| **ALICIA BONILLA, an individual; FRANCISCO PLASCENCIA RAMIREZ, an individual; ESPERANZA PLACENCIA, an individual; JOSE VAZQUEZ-GARCIA, an individual; MARIA ISIDRA ALVARDO PINEDA, an individual; JAVIER ARMANDO RODRIGUEZ, an individual; FRANCISCO J. PAREDES ORTIZ, an individual; ABEL DE LA CRUZ, an individual; JOSE MIGUEL ASCENCION, an individual; FRANCISCO PAREDES SANCHEZ, an individual; GUSTAVO GONZALEZ, an individual; ALBERTO GARCIA MARTINEZ, an individual; HIGINIO FLORES PEREZ, an individual; ISELA ESPINOZA, an individual; ABEL FLORES, by and through his legal guardians Higinio Flores Peres and Isela Espinoza; ISMAEL VELEZ, an individual; GUADALUPE HERMOSILLO, an individual; ASHLEY ORTIZ, an individual; MARIO ORTIZ, an individual; NATALIE ORTIZ, an individual; CARLOS R. ORTIZ HERMOSILLO, an individual; ROBERTO A. MORALES SANCHEZ, an individual; EDGARDO MARROQUIN ZEPEDA, an individual; HUGO E. SANCHEZ ZEPEDA, an individual;** | **Case No.** [__________] 26STCV24120<br>**COMPLAINT FOR DAMAGES:**<br>1. Negligence<br>2. Premises Liability<br>3. Private Nuisance<br>4. Public Nuisance<br>5. Trespass<br>6. Negligent Infliction of Emotional Distress<br>7. Punitive Damages (Civ. Code § 3294)<br>**DEMAND FOR JURY TRIAL** |

| | |
|---|---|
| **OCOTLAN AVALOS, an individual; JAZMIN AVALOS, an individual; ADELINA AVALOS, an individual; SALVADOR TORRES, an individual; K. TORRES, a minor by and through his Guardian Ad Litem Salvador Torres; K. TORRES, a minor by and through his Guardian Ad Litem Salvador Torres ALTHANA AVALOS FLORES, an individual; GENARO FLORES, an individual; M. FLORES, a minor by and through her Guardian Ad Litem Genaro Flores; A. FLORES, a minor by and through her Guardian Ad Litem Genaro Flores; A. FLORES, a minor by and through his Guardian Ad Litem Genaro Flores; EMIGDIO VICENTE AVALOS, an individual; MARISOL AVALOS GARCIA, an individual; GUILEBALDO ZEFERINO ALONSO, an individual; JOSEFINA SANCHEZ AGUILAR, an individual; K. ZEFERINO, a minor by and through his Guardian Ad Litem Guilebaldo Zeferino Alonso; I.A. ZEFERINO, a minor by and through his Guardia Ad Litem Guilebaldo Zeferino Alonso; EDWIN ZEFERINO, an individual; JACOBO MORENO, an individual; MARIA CASTANEDA, an individual; ADONIS NIEBLA, an individual; YASMIN MORENO, an individual; FRANCELI MORENO, an individual; GLENDA AVILA, an individual; DANIEL HERNANDEZ MORALES, an individual; VIRIDIANA HERNANDEZ, an individual; GISELLE CERDA, an individual; MARCO ANTONIO CONTRERAS, an individual; A. MARTINEZ, a minor by and through his Guardian Ad Litem Giselle Cerda; P. Martinez, a minor by and through her Guardian Ad Litem Giselle Cerda; ISIDRO ALDANA, an individual; REYNALDA VILLANUEVA, an individual; JORGE ORTIZ, an individual;** | |

| | |
|---|---|
| **DAVID GALLEGOS, an individual; ANGELICA CONRRADA CRUZ SALAZAR, an individual; RAMON TAMAYO, an individual; TANIA CASTRO, an individual; FRANCISCO CASTILLO, an individual; Z. CASTILLO CASTRO, a minor by and through her Guardian Ad Litem Tania Castro; M. CASTILLO CASTRO, a minor by and through her Guardian Ad Litem Tania Castro; D. CASTILLO CASTRO, a minor by and through her Guardian Ad Litem Tania Castro; MANUEL DE JESUS GONZALEZ LARA, an individual; JUAN CARLOS GOMEZ, an individual; ESPERANZA GOMEZ, an individual; CARLOS GOMEN, by and through this legal guardians Juan Carlos Gomez and Esperanza Gomez; GABRIEL LOPEZ SERRANO, an individual; MARICELAALVAREZ, an individual; FRANCISCO MANDUJANO, an individual; LUIS ANTONIO MANDUJANO, an individual; NAYELLE CHAVEZ, an individual; ADELA CAAMAL, an individual; ADRIANNA CAAMAL, an individual; LIDIA KU NOVELO, an individual; NANCY RODRIGUEZ, an individual; PABLO CHAVEZ CAMAAL, an individual; JOSE ARTURO ROMAN, an individual; ROSARIO MUNGUIA, an individual; OSMIN ISABEL AGUILAR, an individual; MARIA ESCALANTE, an individual; RUBEN CABRERA, an individual; REYNA YANES DE CABRERA, an individual; CESAR YANES, an individual; GREGORIO ROBLES ISLAS, an individual; ENRIQUE GUADALUPE TARANGO, an individual; ANTONIA TARANGO, an individual; PABLO MONTES, an individual; PATRICIA VAZQUEZ, an individual; M. VAZQUEZ, a minor by and through his Guardian Ad Litem Patricia** | |

| | |
|---|---|
| **Vazquez; SCOTT LOPEZ, an individual; SALLY LOPEZ, an individual; JUAN LOPEZ, an individual; ESMERALDA MORALES, an individual; JOSE A. MENDEZ, an individual; ERIC HERNANDEZ HABANA, an individual; MARTHA CISNEROS, an individual; OSCAR HERNANDEZ, an individual; CONSUELO GAETAN, an individual; IRMA JUAREZ, an individual; LUIS MEJIA, an individual; MARIA DE LOS ANGELES GARCIA LOPEZ, an individual; MARTHA LAURA DIAZ, an individual; NADINE DIAZ, an individual; DARLENE MEDINA, an individual; MARIO HERNANDEZ, an individual; ROSARIO PARRA, an individual; A. ORTIZ PARRA, a minor by and through his Guardian Ad Litem; ADELINA GARCIA MEDRANO, an individual; ORLANDO IBANEZ AGUILAR, an individual; ANTONIA SOLIS GASCA, an individual; NATALIA RUIZ, an individual; K. RUIZ, a minor by andthrough his Guardian Ad Litem Natalia Ruiz; ANABELL GARCIA, an individual; ANGEL PACHECO, an individual; M. CANO, a minor by and through his Guardian Ad Litem Anabell Garcia; L. PACHECO, a minor by and through her Guardian Ad Litem Anabell Garcia; A. PACHECO, a minor by and through her Guardian Ad Litem Anabell Garcia; MARIA EVA SANCHEZ, an individual; JUAN NARANJO PELAYO, an individual; KAREN L. NOGA, an individual; REBECA FLORES, an individual; ISIDRO FLORES, an individual; INOCENCIA VIVAR, an individual; U. FLORES, by and through his Court Appointed Guardian Isidro Flores; FAVIOLA VIVAR, an individual; G. SANCHEZ, a minor by and through his Guardian Ad Litem Faviola Vivar; EVELYN GONZALEZ, an individual;** | |

| | |
|---|---|
| **MARIA ISABEL ZAVALA, an individual; JUAN ANTONIO GONZALEZ, an individual; A. GONZALEZ, a minor by and through her Guardian Ad Litem Juan Gonzalez; MA REMEDIOS REYES RUELAS, an individual; EDGAR JOEL MARTINEZ REYES, an individual; JOSE REFUGIO MARTINEZ REYES, an individual; SUSANA LOPEZ, an individual; MARIANO RAMIREZ, an individual; ARACELI LOPEZ, an individual; RAMON CASAS, an individual; ADELA CASAS, an individual; SALVADOR PICHE, an individual; PERSIS PICHE, an individual; ROLANDO PICHE, an individual; PHOEBE HORTA, an individual; B. PICHE, a minor by and through his Guardian Ad Litem Rolando Piche; A. PICHE, a minor by and through her Guardian Ad Litem Rolando Piche; ANA PICHE, an individual; SANDRO ESPANA, an individual; MARIA ESPANA ALVAREZ, an individual; FELIX TIRIQUIZ, an individual; RICARDO TIRIQUIZ, an individual; ANGELICA TIAN, an individual; J. TIRIQUIZ, a minor by and through his Guardian Ad Litem Ricardo Tiriquiz; LEONEL TIAN, an individual; ARNOLD DIAZ, an individual; EPIFANIA VELAZQUEZ SANCHEZ, an individual; JENI MARTINEZ, an individual; SALVADOR ALFARO, an individual; J. ALFARO, a minor by and through her Guardian Ad Litem Salvador Alfaro; J. ALFARO, a minor by and through his Guardian Ad Litem Salvador Alfaro; FLORINA VALDEZ, an individual; RENE LOPEZ, an individual; ABIGAIL NAVARRO, an individual; RAYLENE ACUNA, an individual; OFELIA GONZALEZ, an individual; DESTENY LOPEZ, an individual; ADELITA LOPEZ GONZALEZ, an individual; D. LOPEZ, a** | |

| | |
|---|---|
| **minor by and through her Guardian Ad Litem Adelita Lopez Gonzalez; MANUEL VIVAR, an individual; ANGELINA GOMEZ, an individual; JOSE M. RODRIGUEZ, an individual; DELMI D. RODRIGUEZ, an individual; B. RODRIGUEZ, a minor by and through his Guardian Ad Litem Jose Rodriguez; JULIA CESAR JUAREZ SERON, an individual; ALEXIS DANIEL VARELA MARTINEZ, an individual; JUSTINA MORALES, an individual; A. MORALES, a minor by and through her Guardian Ad Litem Justina Morales; MARIA MONSERRAT GARNICA RAMIREZ, an individual; MARIA DE LA PAZ RAMIREZ GOMEZ, an individual; HERMELINDO PAZ POLANCO, an individual; TINA M. GALVAN, an individual; RYAN PEREIRA, an individual; JOANNA ROMERO, an individual; CAROLINE GALVAN, an individual; MARIA ALCANTAR, an individual; SARAH MEDINA, an individual; NATALIE RAMOS, an individual; GABRIEL RIVAS DIAZ, an individual; GABRIELA DIAZ, an individual; R. MACEDO, a minor by and through her Guardian Ad Litem Gabriela Diaz; VICTOR MACEDO, an individual; LISBETH VELEZ, an individual; JOSE M. RAMIREZ, an individual; FELIX AVILA, an individual; ETHAN HERNANDEZ, an individual; JOSE S. HERNANDEZ, an individual; GRISELDA ZELAYA, an individual; D. HERNANDEZ, a minor by and through his Guardian Ad Litem Jose Hernandez; JOEL ARREOLA, an individual; ERNESTO NAVA, an individual; EMILIO NAVA, an individual; FATIMA NAVA, an individual; JAVIER NAVA, an individual; MARIA ELENA CHAVEZ, an individual; GABRIEL IBANEZ VELEZ, an individual; MARGARITA ROSA MEZA,** | |

| | |
|---|---|
| **an individual; A. MEZA, a minor by and through her Guardian Ad Litem Margarita Rosa Meza; L. MEZA, a minor by and through her Guardian Ad Litem Margarita Rosa Meza; E. MEZA, a minor by and through his Guardian Ad Litem Margarita Rosa Meza; MAURO IBANEZ, an individual; OBDULIA ROSAS, an individual; A.S. IBANEZ, a minor by and through his Guardian Ad Litem Mauro Ibanez; N.G. IBANEZ, a minor by and through his Guardian Ad Litem Mauro Ibanez; MARISOL CHAVEZ GRACIANO, an individual; LUIS JAVIER CHAVEZ GRACIANO, an individual; LILIANA GRACIANO FLORES, an individual; JOEL CHAVEZ SALAZAR, an individual; P.J. CHAVEZ GRACIANO, a minor by and through his Guardian Ad Litem Liliana Graciano Flores; R.E. CHAVEZ GRACIANO, a minor by and through his Guardian Ad Litem Liliana Graciano Flores; DANIELA CHAVEZ GRACIANO, an individual; HENRY SAUCEDO, an individual; RITA GOVEA RODRIGUEZ, an individual; RAYMOND PADILLA, an individual; MAYRA PADILLA, an individual; JOSE M. MORENO GARCIA, an individual; CAROL S. MORENO GARCIA, an individual; JOSE M. MORENO PARDO, an individual; AGUEDA GARCIA PERES, an individual; ALEXA E. MORENO GARCIA, an individual; P.S. MORENO, a minor by and through his Guardian Ad Litem Alexa E. Moreno Garcia; JOAQUIN FLORES ORTEGA, an individual; NORMA ORTEGA, an individual; SYLVIA GOMEZ, an individual; ROSARIO MORA, an individual; ROSEMARIE MARTINEZ, an individual; MARIA SOLTO, an individual; MIGUEL A. PEREZ, an individual; FREDY HERNANDEZ, an individual; VERONICA RICO, an** | |

| | |
|---|---|
| **individual; I. HERNANDEZ, a minor by and through her Guardian Ad Litem Fredy Hernandez; J. HERNANDEZ, a minor by and through her Guardian Ad Litem Fredy Hernandez; CARLOS JIMENEZ, an individual; ALFREDO GALVEZ CAMARENA, an individual; MAYRA DE LA CRUZ, an individual; G. RODRIGUEZ, a minor by and through her Guardian Ad Litem Mayra De La Cruz; ANTONIO MARQUEZ, an individual; ANALISSA QUESANDRA MEJIA, an individual; AUSTIN MEJIA, an individual; TERESA MARQUEZ, an individual; CRUZ HERNANDEZ, an individual; JOHN GURROLA, an individual; ALONZO MENDOZA, an individual; MARIA B. FLORES, an individual; JUVENAL FLORES, an individual; ELVA BENITEZ JAVIER, an individual; JASMINE ANZALDO, an individual; ANGELA MENDOZ, an individual; ADRIAN AGUILAR, an individual; C. AGUILAR, a minor by and through his Guardian Ad Litem Adrian Aguliar; B. Aguilar, a minor by and through her Guardian Ad Litem Adrian Aguilar; JOSE RAMON TORRES, an individual; ANGELICA RODRIGUEZ, an individual; IRENE SALAS MENDEZ, an individual; ANA TERESA MENDEZ MESA, an individual; RAUL ALBERTO MARTINEZ, an individual; JOSE M. RODRIGUEZ, an individual; JONATHAN FLORES, an individual; SABINO CABRAL, an individual; J. CABRAL, a minor by and through his Guardian Ad Litem, Sabino Cabral; L. CABRAL, a minor by and through his Guardian Ad Litem Sabino Cabral; RICHARD CHEYENNE GARCIA, an individual; GIANELL GARCIA, an individual; LUIS G. MADRIGAL, an individual; REGULO MORALES, an individual; MARIE RUVALCAVA, an** | |

| | |
|---|---|
| **individual; MONAROSE RUVALCAVA, an individual; PRICILLA RUVALCAVA, an individual; JOSE ANTONIO MEDINA, an individual; ADIANA RODRIGUEZ, an individual; W. HERNANDEZ, a minor by and through his Guardian Ad Litem Adriana Rodriguez; L.M. HERNANDEZ, a minor by and through her Guardian Ad Litem Adriana Rodriguez; LUZ MARIA CISNEROS JUAREZ, an individual; ASCANIO BURGOS LOPEZ, an individual; HEBER BORUNDA, an individual; TANYA DIANA LEGASPY, an individual; BENJAMIN PAREDES ORTIZ, an individual; GUILLERMO GRANCIANO OLIVARES, an individual; ANDRES RAMIREZ, an individual; LAURA E. VILLARROEL, an individual; M. CHAMORRO, a minor by and through his Guardian Ad Litem Laura E. Villarroel; B. CHAMORRO, a minor by and through his Guardian Ad Litem Laura E. Villarroel; ERNESTO VILLARROEL, an individual; MARTHA D. VILLARROEL, an individual; MAURO VASALDUA VALDEZ, an individual; FRANCISCO JESUS LOPEZ FELAZQUEZ, an individual; ROCIO VELAZQUEZ PEREZ, an individual; BRIAN JAVIER LOPEZ VELAZQUEZ, an individual; FRANCISCO JAVIER LOPEZ GODOY, an individual; ISMAEL VASALDUA, an individual; RENE ANTONIO SALAZAR AREVALO, an individual; ALEJANDRA GONZALEZ VAZQUEZ, an individual; JUAN GONZALEZ, an individual; JUAN RANGEL, an individual; VERONICA MACHADO, an individual; MARIA M. MENDEZ, an individual; MARGARITA ACEVEDO, an individual; MARIA ESQUIVEL BENITEZ, an individual; MANUEL ESQUIVEL BENITEZ, an individual; JUAN ORGEL SANDOVAL, an individual; TOMAS LUGO, an** | |

| | |
|---|---|
| **individual; OLGA NAVA, an individual; REBECA RODRIGUEZ, an individual; SALVADOR RODRIGUEZ, an individual; DARLENE NUNEZ, an individual; NATALIE NUNEZ, an individual; S.R. RAMIREZ, a minor by and through her Guardian Ad Litem Natalie Nunez; GLORIA LUCERO GONZALEZ, an individual; GLORIA GONZALEZ, an individual; GABRIEL MORALES, an individual; MARIA MINDALA RIVAS, an individual; HILDA MINDALA GUERRA, an individual; AROLDO GUERRA PADILLA, an individual; DINORA MINDALA PEREZ DE GUERRA, an individual; ANA M. PLETERO DE PEREZ, an individual; JORGE NELSON PEREZ RIVAS, an individual; GENARO GOPAR RAMIREZ, an individual; DINORA DEL CARMEN PEREZ SANDOVAL, an individual; ADRIAN ACOSTA, an individual; AZUCENA CUEVAS, an individual; LIZBETH ACOSTA, an individual; JESUS ACOSTA, an individual; GILBERT ALEXANDER BANUELOS, an individual; GILBERTO ALEJANDRO BANUELOS, an individual; GILBERTO BANUELOS, an individual; FLOR HERNANDEZ, an individual; H. BANUELOS, a minor by and through her Guardian Ad Litem Gilberto Banuelos; C. BANUELOS, a minor by and through his Guardian Ad Litem Gilberto Banuelos; J. BANUELOS, a minor by and through her Guardian Ad Litem Gilberto Banuelos; A. BANUELOS, a minor by and through his Guardian Ad Litem Gilberto Banuelos; MARIA T. GUTIERREZ, an individual; PEDRO GUTIERREZ SIXTO, an individual; N. GARCIA, a minor by and through his Guardian Ad Litem Maria T. Gutierrez; JUAN MANUEL LEDEZMA, an individual; ISMAEL BRIBESCA, an individual; PAULA A. HERNANDEZ, an** | |

| | |
|---|---|
| **individual; ANTONIO HERNANDEZ, an individual; NORMAN EDUARDO SOLANO ESTRADA, an individual; ANTHONY SILVAS, an individual; MARIA SUSANA MENDEZ, an individual; SERGIO RUIZ, an individual; JENNIFER RUIZ, an individual; MARIA DE MIMENDI, an individual; ERIKA J. VAZAQUEZ GALVAN, an individual; TOMAS ROMAN, an individual; E.I. ROMAN VAZQUEZ, a minor by and through her Guardian Ad Litem Tomas Roman; D.R. ROMAN VAZQUEZ, a minor by and through his Guardian Ad Litem Tomas Roman; JOHN YAMANI VELASCO VAZQUEZ, an individual; MARIA DE JESUS GALVAN, an individual; JORGE AREGUETA, an individual; GLADIS TOLDEDO, an individual; E. AREGUETA, a minor by and through her Guardian Ad Litem Jorge Aregueta; J. AREGUETA, a minor by and through his Guardian Ad Litem Jorge Aregueta; O. AREGUETA, a minor by and through his Guardian Ad Litem Jorge Aregueta; DENISE RODRIGUEZ, an individual; SYLVIA LUNA, an individual; RYAN D. LUNA, an individual; ROSALVA HERNANDEZ, an individual; MIGUEL ANGEL MARTINEZ, an individual; ANGIE NEVAREZ, an individual; Y. GONZALEZ, a minor by and through his Guardian Ad Litem Angie Nevarez; M. GONZALEZ, a minor by and through his Guardian Ad Litem Angie Nevarez; PASCUALA FLORES PEREZ, an individual; ALVARO DOMINGUEZ, an individual; AMERICA MADRIGAL HERRARA, an individual; CHRISTOPHER M. HERRARA, an individual; M.H. HERRARA, a minor by and through his Guardian Ad Litem America Madrigal Herrara; IGNACIO MIGUEL HERRARA, an individual; JUAN ONTIVEROS, an individual;** | |

| | |
|---|---|
| **RICARDO HERNANDEZ, an individual; BRIAN ESTRADA, an individual; PRISCILLA VALLES, an individual; ROQUE A. DURAN, an individual; MIRIAM DEL CARMEN DURAN, an individual; ANGELICA MORENO, an individual; LUIS MEDEL, an individual; B. MEDEL, a minor by and through his Guardian Ad Litem Luis Medel; B. MEDEL, a minor by and through her Guardian Ad Litem Luis Medel; L. MEDEL, a minor by and through his Guardian Ad Litem Luis Medel; ANTONIO BECERRA, an individual; EMMA MARENCO, an individual; CLAUDIA PEREZ OSEGUEDA, an individual; JOSE ABEL CISNEROS, an individual; CUSTODIO MEJIA MENDOZA, an individual; CHRISTOPHER CUBILLO, an individual; JUAN CUBILLO CHAVEZ, an individual; EVELIA CUBILLO CHAVEZ, an individual; PRECIOUS CRUZ, an individual; ROBERTO ALCALA GONZALEZ, an individual; JENNIFER GONZALEZ, an individual; O. ORTEGA, a minor by and through her Guardian Ad Litem Jennifer Gonzalez; LESLY GONZALEZ, an individual; AUDENZIO GONZALEZ, an individual; MARIA REFUGIA GONZALEZ, an individual; L.J. GONZALEZ ALCALA, a minor by and through her Guardian Ad Litem Audenzio Gonzalez; DESTINY GONZALEZ ALCALA, by and through her Guardian Ad Litem Audenzio Gonzalez; LIDIA GOMEZ, an individual; JUSTINE RUVALCAVA, an individual; ARNULFO PEREZ, an individual; CARMELA PEREZ, an individual; J. PEREZ, a minor by and through his Guardian Ad Litem Arnulfo Perez; FILIBERTO SALMERON, an individual; MA GUADALUPE ORTEGA, an individual; ANTHONY ALCARAZ, an** | |

| | |
|---|---|
| **individual; ELIZABETH ALCARAZ, an individual; KARINA FLORES, an individual; RIGOBERTO RIVERA, an individual; J.L. RIVERA, a minor by and through her Guardian Ad Litem Rigoberto Rivera; JORGE MONZON, an individual; PETRA CHARRO, an individual; ANGEL SHAMIN MENDEZ, an individual; NANCY MORENO MAGANA, an individual; M. ZAMBRANO, a minor by and through his Guardian Ad Litem Nancy Moreno Magana; R.A. GAYTAN, a minor by and through his Guardian Ad Litem Nancy Moreno Magana; REBECA ALCALA RODRIGUEZ, an individual; S. DOMINGUEZ, a minor by and through his Guardian Ad Litem Rebeca Alcala Rodriguez; N. NAVARRO, a minor by and through his Guardian Ad Litem Rebeca Alcala Rodriguez; JOSEFINA ORTEGA ZAMUDIO, an individual; J. OROZCO, a minor by and through her Guardian Ad Litem Josefinia Ortega Zamudio; B. OROZCO, a minor by and through his Guardian Ad Litem Josefina Ortega Zamudio; ONELIA SOLIS, an individual; Y. SOLIS, a minor by and through her Guardian Ad Litem Onelia Solis; ANGELICA SOLIS, an individual; ENRIQUE XIRUM, an individual; J. SOLIS, a minor by and through his Guardian Ad Litem Angelica Solis; J.M. Xirium, a minor by and through his Guardian Ad Litem Angelica Solis; ERNESTO RODRIGUEZ, an individual; DESTINY ORR, an individual; DIONICIO CHAVES ROSALES, an individual; MARY JANE RIVERA, an individual; MARIA DEL CARMEN SANTOS, an individual; N. VASQUEZ, a minor by and through his Guardian Ad Litem Maria Del Carmen Santos; Z. VASQUEZ, a minor by and through her Guardian Ad Litem Maria Del Carmen Santos; PEDRO BUSTAMANTE, an** | |

| | |
|---|---|
| **individual; LIDIA LOPEZ, an individual; GERMAN ALBINO SANCHEZ, an individual; B. ALBINO, a minor by and through his Guardian Ad Litem German Albino Sanchez; E. ALBINO, a minor by and through his Guardian Ad Litem German Albino Sanchez; K. ALBINO, a minor by and through her Guardian Ad Litem German Albino Sanchez; MARIA JESUS RICO, an individual; JOSE A. AGUILAR, an individual; JULIA JIMENEZ GOMEZ, an individual; DAVID HERNANDEZ, an individual; N. JIMENEZ, a minor by and through his Guardian Ad Litem Julia Jimenez Gomez; JULISSA JIMENEZ, an individual; CHRISTOPHER ALEXIS GARNICA, an individual; ELVA FIMBRES, an individual; JONATHAN HERNANDEZ, an individual; ELIA PONCIAGO, an individual; A. HERNANDEZ, a minor by and through his Guardian Ad Litem Jonathan Hernandez; C. HERNANDEZ, a minor by and through his Guardian Ad Litem Jonathan Hernandez; A. HERNANDEZ, a minor by and through her Guardian Ad Litem Jonathan Hernandez; TOMASA HERNANDEZ, an individual; PATRICIA MENDOZA, an individual; J. SANABRIA, a minor by and through his Guardian Ad Litem Patricia Mendoza; RAMON GALAVIZ, an individual; OLGA HERNANDEZ MELO, an individual; MARIA RAMIREZ, an individual; PEDRO RAMIREZ, an individual; JESUS RAMIREZ, an individual; MARIBEL JIMENEZ, an individual; H. RAMIREZ, a minor by and through her Guardian Ad Litem Jesus Ramirez; L. RAMIREZ, a minor by and through her Guardian Ad Litem Jesus Ramirez; SCARLET RAMIREZ, an individual; ANA DE LOS SANTOS, an individual; JAKOB PEREIRA, an individual; VIRGINIA SANCHEZ** | |

| | |
|---|---|
| **CHEVEZ, an individual; OSCAR CENTENA GONZAGA, an individual; JORGE CID, an individual; ALEXIS FASCINETTO, an individual; L. BARAJAS FASCINETTO, a minor by and through his Guardian Ad Litem Alexis Fascinetto; REBECA MOJICA ROMAN, an individual; VERONICA RAMOS LOPEZ, an individual; ALBERT RUIZ, an individual; MAURA RANGEL SANCHEZ, an individual; CELESTINO GIL RODRIGUEZ, an individual; MARIA RAYA, an individual; MAURICIO MANCIA ALONSO, an individual; ANGELA GUADALUPE ZUNIGA, an individual; EDGAR CRUZ, an individual; R. MAYER ZUNIGA, a minor by and through her Guardian Ad Litem Angela Guadalupe Zuniga; M. CRUZ ZUNIGA, a minor by and through her Guardian Ad Litem Ad Litem Angela Guadalupe Zuniga; JOSE LUIS HERNANDEZ, an individual; ADA ZELAYA, an individual; E. ZELAYA, a minor by and through her Guardian Ad Litem Ada Zelaya; N. ZELAYA, a minor by and through her Guardian Ad Litem, Ada Zelaya; L. HERNANDEZ, a minor by and through his Guardian Ad Litem Ada Zelaya; CRISTOBAL ROBLES RAMOS, an individual; HORTENCIA ROBLES, an individual; F.M. ROBLES, by and through her Guardian Ad Litem Hortencia Robles; JOSE ANTONIO MARIANO, an individual; LUIS PORTILLO, an individual; ANA D. SERRANO MARTINEZ, an individual; AMANDO ALVARADO GARCIA, an individual; MARIA DEL CARMEN MERINO, an individual; ANGELA MELIDA ELIAS HERNANDEZ, an individual; GILBERTO TAVARES, an individual; MA CANDELARIA GARCIA CRUZ, an individual; MA CANDELARIA GARCIA CRUZ, as owner of TILA'S KITCHEN, a** | |

| | |
|---|---|
| **business entity; GENOVEVA PEREZ, an individual; ARLIN D. GONZALEZ, an individual; SERGIO DE LA TORRE, an individual; JOSUE LUEVANOS, an individual; ARLENE REYES, an individual; X. LUEVANOS, a minor by and through her Guardian Ad Litem Josue Luevanos; ANGELINA GARCIA ALCANTAR, an individual; NICOLAS HERNANDEZ, an individual; PERLA J. ALVARADO, an individual; RAUL CASTILLO FLORES, an individual; VERONICA ISABEL CRUZ SANCHEZ; I. CASTILLO, a minor by and through her Guardian Ad Litem Raul Castillo Flores; A. CASTILLO CRUZ, a minor by and through his Guardian Ad Litem Raul Castillo Flores; ROXANNE MURO, an individual; JUAN CARLOS SANCHEZ, an individual; JOSE GUZMAN TENARIO, an individual; VERONICA CONTRERAS, an individual; JOSE ORTEGA CRUZ, an individual; A. ORTEGA, a minor by and through her Guardian Ad Litem Jose Ortega Cruz; J. CONCEPCION PEREZ CORTEZ, an individual; ESMERALDA CARMONA, an individual; JUAN GUILLERMO ESTEBAN RAMOS, an individual; KARLA VAZQUEZ, an individual; K.T. VAZQUEZ, a minor by and through her Guardian Ad Litem Karla Vazquez; YANEIRA VAZQUEZ JUAREZ, an individual; PABLO PERLA CRUZ, an individual; ANA CRUZ, an individual; ERIC RUBALCAVA, an individual; GONZALO CANO, an individual; DERECK PEREZ, an individual; NATHALIE E. GALVAN, an individual; ENRIQUE ARELLANO ESPINOZA, an individual; ROSAMARIA ARELLANO, by and through her Legal Guardian Enrique Arellano Espinoza; ELVA GALAN, an individual; JOSE ENRIQUE GALVAN, an individual; SONIA** | |

| | |
|---|---|
| **HIDALGO, an individual; JESUS M. HIDALGO, an individual; PEDRO PARRA HEREDIA, an individual; MARIARODRIGUEZ CAMPOS, an individual; EVENCIO VARGAS, an individual; KIMBERLY ALVARADO, an individual; IGNACIO ZAMORANO RUIZ, an individual; VALERIA ALVARADO, an individual; TERESITA DE JESUS CANO AMANZA, an individual; EDUARDO CONEJO, by and through his Legal Guardian Teresita De Jesus Cano Amanza; SAMANTHA GALVAN, an individual; JOSE CRESCENCIO ROJAS, an individual; ROSARIO GONZALEZ, an individual; LOUIS JOSEPH CARRILLO, an individual; MARIA CONEJO, an individual; A. ARRIAZA, a minor by and through her Guardian Ad Litem Maria ConeJo; MIREYA PARRA RODRIGUEZ, an individual; CINTHIA RIVERA, an individual; J.A. GONZALEZ RIVERA, a minor by and through his Guardian Ad Litem Cinthia Rivera; ARTURO FERNANDEZ, an individual; ALYSSA PETRA RENICK, an individual; M.M. RENICK, a minor by and through her Guardian Ad Litem Alyssa Petra Renick; MICHAEL ELIAS CALDERON, an individual; KIMBERLY HERNANDEZ, an individual; M.J. CALDERON HERNANDEZ, a minor by and through his Guardian Ad Litem Michael Elias Calderon; MARIA GUADALUPE PEREZ, an individual; FERNANDO PEREZ, an individual; ERIK ADRIAN PEREZ, an individual; RENE PADILLA, an individual; RAFAEL RIZO HERNANDEZ, an individual; MARIA E. RIZO, an individual; E. RIZO, a minor by and through his Guardian Ad Litem Rafael Rizo Hernandez; BRANDON ORELLANA, an individual; ISIDRO SORIA, an individual; JUANA SORIA, an** | |

| | |
|---|---|
| **individual; ERASMO NUNEZ MARTINEZ, an individual; NATALIE PARRA RODRIGUEZ, an individual; E. PADILLA, a minor by and through his Guardian Ad Litem Natalie Parra Rodriguez; MARGARET RAMIREZ, an individual; ALBERT LIMON, an individual; KARINA GUERRERO, an individual; K. LIMON, a minor by and through her Guardian Ad Litem Albert Limon; K. LIMON, a minor by and through her Guardian Ad Litem Albert Limon; ANGIE ITZEL RODRIGUEZ, an individual; P. JIMENEZ, a minor by and through his Guardian Ad Litem Angie Itzel Rodriguez; JOSE I. NUNEZ, an individual; GABRIELA NUNEZ, an individual; A. NUNEZ, a minor by and through her Guardian Ad Litem Jose I. Nunez; K. NUNEZ, a minor by and through her Guardian Ad Litem Jose I. Nunez; JORGE ESTUARDO DUBOIS, an individual; DAVID CHAVEZ, an individual; JOSE MIGUEL ROSAS SERRANO, an individual; SUSANA GARCIA ANGEL, an individual; RAFAEL REYES, an individual; R.R. REYES, a minor by and through his Guardian Ad Litem Rafael Reyes; MARIA DE LOS ANGELES CARMONA, an individual; ARLENE VARGAS, an individual; R. JUSTO, a minor by and through her Guardian Ad Litem Arlene Vargas; N. JUSTO, a minor by and through her Guardian Ad Litem Arlene Vargas; B. JUSTO, a minor by and through her Guardian Ad Litem Arlene Vargas; MARIA DEJESUS TORRES ORELLANA, an individual; FRANCISCO ORELLANA, an individual; YOLANDO OSARIO, an individual; OCTAVIANO AVITIA TORRES, an individual; MICHAEL ANTHONY FLORES, an individual; NORMA MENDOZA, an individual; JOSEFINA GARCIA, an** | |

| | |
|---|---|
| **individual; PEDRO GARCIA MORALES, an individual; JOSEFINA CORADO LOPEZ DE MORATAYA, an individual; JOSUE MORATAYA, an individual; JOSE ANDRES MIGUEL, an individual; JACQUELINE AMEZCUA, an individual; INOCENCIO PEREZ, an individual; SILBIA PEREZ, an individual; HILDA CHAVEZ HERRARA, an individual; JOSE TORO ORTEGA, an individual; J.M. TORO, a minor by and through his Guardian Ad Litem Jose Toro Ortega; ELVIRA MARTINEZ, an individual; N. DEJESUS, a minor by and through his Guardian Ad Litem Elvira Martinez; S. DEJESUS, a minor by and through her Guardian Ad Litem Elvira Martinez; ALJEANDRO THEODORE ORELLANA, an individual; YOLANDA LOPEZ AMEZCUA, an individual; MARTIN AMEZCUA ZAMORA, an individual; SERGIO JUAREZ GOMEZ, an individual; ROMELIA HERNANDEZ MELO , an individual; HERNANDEZ CARPENTRY, a business entity; JAVIER MUNIZ VARGAS, an individual; MUNIZ VARGAS, an individual; MUNIZ CARPENTRY, a business entity; OFELIA O. RUIZ, an individual; SEBASTIAN RUIZ, an individual; MANUEL SOLIS RODRIGUEZ, an individual; JOSE DE JESUS FELIX CORTES, an individual; JACQUELINE SALDANA, an individual; D. SALDANA, a minor by and through his Guardian Ad Litem Jacqueline Saldana; J. SALDANA, a minor by and through his Guardian Ad Litem Jacqueline Saldana; IDELFONSO FLORES AGUILAR, an individual; CATALINA AVELINA HUERTA, an individual; J. GARCIA, a minor by and through his Guardian Ad Litem Catalina Avelina Huerta; AUSTREBERTA MARTINEZ, an individual; JOSE F. MARTINEZ, an individual; ADRIANA LOPEZ, an** | |

**individual; NICOLASA MARTINEZ, an individual; NELSON NIEVES BALTASAR, an individual; MOSES VALLEJO, an individual; MARK VALLEJO, an individual; LLUVIA RIVERA, an individual; JULIO REYES, an individual; JOSE MIRANDA MENCHACA, an individual; JOSE LUIS NIEVES BALTAZAR, an individual; JOSE C. FLORES RUIZ, an individual; MARIA HORTENCIA DE LA ROSA, an individual; GUADALUPE GUTIERREZ, an individual; FERNANDO MARCOS, an individual; AMELIA VALLEJO, an individual; JOSE VALLEJO, an individual; M. VALLEJO, a minor by and through his Guardian Ad Litem Jose Vallejo; KIMBERLY RAMIREZ, an individual; VERONICA LEON, an individual; RUDY PEREZ, an individual; ROMAN MORALES MOLINA, an individual; JOSE FERNANDO CUEVAS AGUILAR, an individual; ALICIA AGUILAR CRUZ, an individual; CLAUDIA Y. CEDILLOS, an individual; L. CEDILLOS, a minor by and through her Guardian Ad Litem Claudia Y. Cedillos; CLAUDIA POZOS, an individual; FRANCO E. REBOLLEDO, an individual; JOAQUIN RUIZ GARCIA, an individual; REBECA RUIZ, an individual; ANTHONY RAMIREZ, an individual; ADRIANA VERONICA RAMIREZ, an individual; GUILLERMINA TORRES, an individual;**

Plaintiffs,

vs.

**LINEAGE LOGISTICS, LLC; LINEAGE, INC.;**
**ALTUS POWER, INC.; LOS PALOS STREET OPERATING, LLC; CHILL BUILD LOS ANGELES I, LLC;**
**and DOES 1 through 50, inclusive,**

| | |
|---|---|
| Defendants. | |

**ALL PLAINTIFFS** ("Plaintiffs") allege as follows against Defendants, and each of them:

**THE PARTIES**

**1.** Plaintiff **ALICIA BONILLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1001 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**2.** Plaintiff **FRANCISCO PLASCENCIA RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1001 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**3.** Plaintiff **ESPERANZA PLACENCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1001 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**4.** Plaintiff **JOSE VAZQUEZ-GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1006 Concord Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**5.** Plaintiff **MARIA ISIDRA ALVARDO PINEDA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1012 ½ S.

Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**6.** Plaintiff **JAVIER ARMANDO RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1012 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**7.** Plaintiff **FRANCISCO J. PAREDES ORTIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1012 ¼ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**8.** Plaintiff **ABEL DE LA CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1012 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**9.** Plaintiff **JOSE MIGUEL ASCENCION** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1012 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**10.** Plaintiff **FRANCISCO PAREDES SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1012 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**11.** Plaintiff **GUSTAVO GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1014 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**12.** Plaintiff **ALBERTO GARCIA MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1014 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**13.** Plaintiff **HIGINIO FLORES PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1015 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**14.** Plaintiff **ISELA ESPINOZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1015 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**15.** Plaintiff **ABEL FLORES, by and through his legal guardians Higinio Flores Peres and Isela Espinoza** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1015 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**16.** Plaintiff **ISMAEL VELEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire

described herein. Plaintiff's residence is located at 1016 N. Bonnie Beach, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**17.** Plaintiff **GUADALUPE HERMOSILLO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1020 S. Alma, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**18.** Plaintiff **ASHLEY ORTIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1020 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**19.** Plaintiff **MARIO ORTIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1020 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**20.** Plaintiff **NATALIE ORTIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1020 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**21.** Plaintiff **CARLOS R. ORTIZ HERMOSILLO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1020 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**22.** Plaintiff **ROBERTO A. MORALES SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**23.** Plaintiff **EDGARDO MARROQUIN ZEPEDA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**24.** Plaintiff **HUGO E. SANCHEZ ZEPEDA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**25.** Plaintiff **OCOTLAN AVALOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**26.** Plaintiff **JAZMIN AVALOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**27.** Plaintiff **ADELINA AVALOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Indiana Street, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**28.** Plaintiff **SALVADOR TORRES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**29.** Plaintiff **K. TORRES, a minor, by and through his Guardian Ad Litem Salvador Torres** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**30.** Plaintiff **K. TORRES, a minor, by and through his Guardian Ad Litem Salvador Torres** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1022 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**31.** Plaintiff **ALTHANA AVALOS FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1024 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**32.** Plaintiff **GENARO FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1024 S. Indiana Street, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**33.** Plaintiff **M. FLORES, a minor by and through her Guardian Ad Litem Genaro Flores** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1024 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**34.** Plaintiff **A. FLORES, a minor by and through her Guardian Ad Litem Genaro Flores** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1024 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**35.** Plaintiff **M. FLORES, a minor by and through his Guardian Ad Litem Genaro Flores** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1024 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**36.** Plaintiff **EMIGDIO VICENTE AVALOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1024 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**37.** Plaintiff **MARISOL AVALOS GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1024 S. Indiana

Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**38.** Plaintiff **GUILEBALDO ZEFERINO ALONSO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**39.** Plaintiff **JOSEFINA SANCHEZ AGUILAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**40.** Plaintiff **K. ZEFERINO, a minor by and through his Guardian Ad Litem Guilebaldo Zeferino Alonso** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**41.** Plaintiff **I.A. ZEFERINO, a minor by and through his Guardian Ad Litem Guilebaldo Zeferino Alonso** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**42.** Plaintiff **EDWIN ZEFERINO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 ½ S. Indiana Street, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**43.** Plaintiff **JACOBO MORENO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**44.** Plaintiff **MARIA CASTANEDA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**45.** Plaintiff **ADONIS NIEBLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**46.** Plaintiff **YASMIN MORENO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**47.** Plaintiff **FRANCELI MORENO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**48.** Plaintiff **GLENDA AVILA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**49.** Plaintiff **DANIEL HERNANDEZ MORALES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**50.** Plaintiff **VIRIDIANA HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1028 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**51.** Plaintiff **GISELLE CERDA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1035 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**52.** Plaintiff **MARCO ANTONIO CONTRERAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1035 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**53.** Plaintiff **A. MARTINEZ, a minor by and through his Guardian Ad Litem Giselle Cerda** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 1035 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**54.** Plaintiff **P. Martinez, a minor by and through her Guardian Ad Litem Giselle Cerda** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1035 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**55.** Plaintiff **ISIDRO ALDANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1035 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**56.** Plaintiff **REYNALDA VILLANUEVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1042 S. Rowan Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**57.** Plaintiff **JORGE ORTIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1042 S. Rowan Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**58.** Plaintiff **DAVID GALLEGOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1045 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**59.** Plaintiff **ANGELICA CONRRADA CRUZ SALAZAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1045 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**60.** Plaintiff **RAMON TAMAYO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided and/or worked within the area affected by the fire described herein. Plaintiff worked within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**61.** Plaintiff **TANIA CASTRO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1054 Los Palos, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**62.** Plaintiff **FRANCISCO CASTILLO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1054 Los Palos, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**63.** Plaintiff **Z. CASTILLO CASTRO, a minor by and through her Guardian Ad Litem Tania Castro** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1054 Los Palos, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**64.** Plaintiff **M. CASTILLO CASTRO, a minor by and through her Guardian Ad Litem Tania Castro** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 1054 Los Palos, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**65.** Plaintiff **D. CASTILLO CASTRO, a minor by and through her Guardian Ad Litem Tania Castro** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1054 Los Palos, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**66.** Plaintiff **MANUEL DE JESUS GONZALEZ LARA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1055 Prado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**67.** Plaintiff **JUAN CARLOS GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1058 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**68.** Plaintiff **ESPERANZA GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1058 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**69.** Plaintiff **CARLOS GOMEZ, by and through this legal guardsians, Juan Carlos Gomez and Esperanza Gomez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1058 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**70.** Plaintiff **GABRIEL LOPEZ SERRANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1064 Prado, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**71.** Plaintiff **MARICELA ALVAREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1064 Prado, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**72.** Plaintiff **FRANCISCO MANDUJANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1075 S. Herbert, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**73.** Plaintiff **LUIS ANTONIO MANDUJANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1075 S. Herbert, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**74.** Plaintiff **NAYELLE CHAVEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1101 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**75.** Plaintiff **ADELA CAAMAL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1101 S. Indiana Street, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**76.** Plaintiff **ADRIANNA CAAMAL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1101 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**77.** Plaintiff **LIDIA KU NOVELO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1101 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**78.** Plaintiff **NANCY RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1101 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**79.** Plaintiff **PABLO CHAVEZ CAMAAL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1101 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**80.** Plaintiff **JOSE ARTURO ROMAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1105 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**81.** Plaintiff **ROSARIO MUNGUIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1105 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**82.** Plaintiff **OSMIN ISABEL AGUILAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1111 La Puerta Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**83.** Plaintiff **MARIA ESCALANTE** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1111 La Puerta Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**84.** Plaintiff **RUBEN CABRERA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1111 La Puerta Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**85.** Plaintiff **REYNA YANES DE CABRERA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1111 La Puerta Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**86.** Plaintiff **CESAR YANES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1111 La Puerta Street, Los Angeles,

CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**87.** Plaintiff **GREGORIO ROBLES ISLAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1112 Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**88.** Plaintiff **ENRIQUE GUADALUPE TARANGO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1116 N. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**89.** Plaintiff **ANTONIA TARANGO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1116 N. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**90.** Plaintiff **PABLO MONTES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1120 S. Evergreen Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**91.** Plaintiff **PATRICIA VAZQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1132 Los Palos Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**92.** Plaintiff **M. VAZQUEZ, a minor by and through his Guardian Ad Litem Patricia Vazquez,** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1132 Los Palos Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**93.** Plaintiff **SCOTT LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1135 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**94.** Plaintiff **SALLY LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1135 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**95.** Plaintiff **JUAN LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1135 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**96.** Plaintiff **ESMERALDA MORALES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1150 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**97.** Plaintiff **JOSE A. MENDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire

described herein. Plaintiff's residence is located at 1150 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**98.** Plaintiff **ERIC HERNANDEZ HABANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1150 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**99.** Plaintiff **MARTHA CISNEROS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1151 Spence Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**100.** Plaintiff **OSCAR HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1154 ½ S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**101.** Plaintiff **CONSUELO GAETAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1154 ½ S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**102.** Plaintiff **IRMA JUAREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1162 S. Gage Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**103.** Plaintiff **LUIS MEJIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 119 S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**104.** Plaintiff **MARIA DE LOS ANGELES GARCIA LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 119 S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**105.** Plaintiff **MARTHA LAURA DIAZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1190 S. Spence, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**106.** Plaintiff **NADINE DIAZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 120 Cheesbroughs Lane, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**107.** Plaintiff **DARLENE MEDINA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 120 N. 10th Street #C, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**108.** Plaintiff **MARIO HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 120 N. 10th Street #C,

Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**109.** Plaintiff **ROSARIO PARRA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1217 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**110.** Plaintiff **A. ORTIZ PARRA, a minor by and through his Guardian Ad Litem Rosario Parra** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1217 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**111.** Plaintiff **ADELINA GARCIA MEDRANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1220 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**112.** Plaintiff **ORLANDO IBANEZ AGUILAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1221 ¾ Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**113.** Plaintiff **ANTONIA SOLIS GASCA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1221 ¾ Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**114.** Plaintiff **NATALIA RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1221 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**115.** Plaintiff **K. RUIZ, a minor by and through his Guardian Ad Litem Natalia Ruiz** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1221 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**116.** Plaintiff **ANABELL GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1223 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**117.** Plaintiff **ANGEL PACHECO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1223 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**118.** Plaintiff **M. CANO, a minor by and through his Guardian Ad Litem Anabell Garcia** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1223 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**119.** Plaintiff **L. PACHECO, a minor by and through her Guardian Ad Litem Anabell Garcia** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 1223 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**120.** Plaintiff **A. PACHECO, a minor by and through her Guardian Ad Litem Anabell Garcia** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1223 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**121.** Plaintiff **MARIA EVA SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1228 Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**122.** Plaintiff **JUAN NARANJO PELAYO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1229 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**123.** Plaintiff **KAREN L. NOGA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1229 Prado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**124.** Plaintiff **REBECA FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1231 S. Alma Avenue, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**125.** Plaintiff **ISIDRO FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1231 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**126.** Plaintiff **INOCENCIA VIVAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1231 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**127.** Plaintiff **U. FLORES, by and through his Court Appointed Guardian Isidro Flores** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1231 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**128.** Plaintiff **FAVIOLA VIVAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1231 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**129.** Plaintiff **G. SANCHEZ, a minor by and through his Guardian Ad Litem Faviola Vivar** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1231 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**130.** Plaintiff **EVELYN GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1232 Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**131.** Plaintiff **MARIA ISABEL ZAVALA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1232 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**132.** Plaintiff **JUAN ANTONIO GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1232 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**133.** Plaintiff **A. GONZALEZ, a minor by and through her Guardian Ad Litem Juan Gonzalez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1232 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**134.** Plaintiff **MA REMEDIOS REYES RUELAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1235 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**135.** Plaintiff **EDGAR JOEL MARTINEZ REYES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area

affected by the fire described herein. Plaintiff's residence is located at 1235 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**136.** Plaintiff **JOSE REFUGIO MARTINEZ REYES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1235 S. Almar Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**137.** Plaintiff **SUSANA LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1235 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**138.** Plaintiff **MARIANO RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1235 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**139.** Plaintiff **ARACELI LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1235 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**140.** Plaintiff **RAMON CASAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1237 Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**141.** Plaintiff **ADELA CASAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1237 Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**142.** Plaintiff **SALVADOR PICHE** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1244 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**143.** Plaintiff **PERSIS PICHE** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1244 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**144.** Plaintiff **ROLANDO PICHE** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1246 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**145.** Plaintiff **PHOEBE HORTA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1246 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**146.** Plaintiff **B. PICHE, a minor by and through his Guardian Ad Litem Rolando Piche** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's

residence is located at 1246 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**147.** Plaintiff **A. PICHE, a minor by and through her Guardian Ad Litem Rolando Piche** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1246 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**148.** Plaintiff **ANA PICHE** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1246 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**149.** Plaintiff **SANDRO ESPANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1252 ½ S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**150.** Plaintiff **MARIA ESPANA ALVAREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1252 ½ S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**151.** Plaintiff **FELIX TIRIQUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1256 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**152.** Plaintiff **RICARDO TIRIQUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1256 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**153.** Plaintiff **ANGELICA TIAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1256 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**154.** Plaintiff **J. TIRIQUIZ, a minor by and through his Guardian Ad Litem Ricardo Tiriquiz** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1256 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**155.** Plaintiff **LEONEL TIAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1256 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**156.** Plaintiff **RICKY TIRIQUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1256 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**157.** Plaintiff **ARNOLD DIAZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire

described herein. Plaintiff's residence is located at 1258 ½ S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**158.** Plaintiff **EPIFANIA VELAZQUEZ SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1258 ½ S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**159.** Plaintiff **JENI MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1258 S. Ditman Avenue #B, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**160.** Plaintiff **SALVADOR ALFARO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1258 S. Ditman Avenue #B, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**161.** Plaintiff **J. ALFARO, a minor by and through her Guardian Ad Litem Salvador Alfaro** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1258 S. Ditman Avenue #B, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**162.** Plaintiff **J. ALFARO, a minor by and through his Guardian Ad Litem Salvador Alfaro** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1258 S. Ditman Avenue #B, Los Angeles, CA 90023,

and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**163.** Plaintiff **FLORINA VALDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1265 S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**164.** Plaintiff **RENE LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street #C, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**165.** Plaintiff **ABIGAIL NAVARRO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**166.** Plaintiff **RAYLENE ACUNA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**167.** Plaintiff **OFELIA GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**168.** Plaintiff **DESTENY LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**169.** Plaintiff **ADELITA LOPEZ GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street #C, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**170.** Plaintiff **D. LOPEZ, a minor by and through her Guardian Ad Litem Adelita Lopez Gonzalez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street #C, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**171.** Plaintiff **MANUEL VIVAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1271 S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**172.** Plaintiff **ANGELINA GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1271 S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**173.** Plaintiff **JOSE M. RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by

the fire described herein. Plaintiff's residence is located at 1274 S. Rowan Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**174.** Plaintiff **DELMI D. RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1274 S. Rowan Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**175.** Plaintiff **B. RODRIGUEZ, a minor by and through his Guardian Ad Litem Jose Rodriguez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1274 S. Rowan Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**176.** Plaintiff **JULIA CESAR JUAREZ SERON** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1276 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**177.** Plaintiff **ALEXIS DANIEL VARELA MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1276 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**178.** Plaintiff **JUSTINA MORALES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 128 S. Indiana Street, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**179.** Plaintiff **A. MORALES, a minor by and through her Guardian Ad Litem Justina Morales** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 128 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**180.** Plaintiff **MARIA MONSERRAT GARNICA RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1317 Prado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**181.** Plaintiff **MARIA DE LA PAZ RAMIREZ GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1317 Prado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**182.** Plaintiff **HERMELINDO PAZ POLANCO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1317 Prado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**183.** Plaintiff **TINA M. GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 137 N. Avenue 52, Los Angeles, CA 90042, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**184.** Plaintiff **RYAN PEREIRA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 137 N. Avenue 52, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**185.** Plaintiff **JOANNA ROMERO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 137 N. Avenue 52, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**186.** Plaintiff **CAROLINE GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 137 N. Avenue 52, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**187.** Plaintiff **MARIA ALCANTAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 13750 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**188.** Plaintiff **SARAH MEDINA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1416 Helen Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**189.** Plaintiff **NATALIE RAMOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1416 Helen Drive, Los Angeles,

CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**190.** Plaintiff **GABRIEL RIVAS DIAZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1429 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**191.** Plaintiff **GABRIELA DIAZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1429 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**192.** Plaintiff **R. MACEDO, a minor by and through her Guardian Ad Litem Gabriela Diaz** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 429 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**193.** Plaintiff **VICTOR MACEDO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1429 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**194.** Plaintiff **LISBETH VELEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1448 S. Bonnie Beach Place, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**195.** Plaintiff **JOSE M. RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1448 S. Bonnie Beach Place, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**196.** Plaintiff **FELIX AVILA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1448 S. Woods Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**197.** Plaintiff **ETHAN HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 145 ½ S. Dacotah Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**198.** Plaintiff **JOSE S. HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 145 ½ S. Dacotah Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**199.** Plaintiff **GRISELDA ZELAYA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 145 ½ S. Dacotah Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**200.** Plaintiff **D. HERNANDEZ, a minor by and through his Guardian Ad Litem Jose Hernandez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 145 ½ S. Dacotah Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**201.** Plaintiff **JOEL ARREOLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 145 Beach Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**202.** Plaintiff **ERNESTO NAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 146 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**203.** Plaintiff **EMILIO NAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 146 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**204.** Plaintiff **FATIMA NAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 146 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**205.** Plaintiff **JAVIER NAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 146 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**206.** Plaintiff **MARIA ELENA CHAVEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 146 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**207.** Plaintiff **GABRIEL IBANEZ VELEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**208.** Plaintiff **MARGARITA ROSA MEZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**209.** Plaintiff **A. MEZA, a minor by and through her Guardian Ad Litem Margarita Rosa Meza** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**210.** Plaintiff **L. MEZA, a minor by and through her Guardian Ad Litem Margarita Rosa Meza** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**211.** Plaintiff **E. MEZA, a minor by and through his Guardian Ad Litem Margarita Rosa Meza** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**212.** Plaintiff **MAURO IBANEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**213.** Plaintiff **OBDUDLIA ROSAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**214.** Plaintiff **A.S. IBANEZ, a minor by and through his Guardian Ad Litem Mauro Ibanez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**215.** Plaintiff **N.G. IBANEZ, a minor by and through his Guardian Ad Litem Mauro Ibanez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1461 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**216.** Plaintiff **MARISOL CHAVEZ GRACIANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 148 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**217.** Plaintiff **LUIS JAVIER CHAVEZ GRACIANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 148 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**218.** Plaintiff **LILIANA GRACIANO FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 148 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**219.** Plaintiff **JOEL CHAVEZ SALAZAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 148 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**220.** Plaintiff **P.J. CHAVEZ GRACIANO, a minor by and through his Guardian Ad Litem Liliana Graciano Flores** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 148 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**221.** Plaintiff **R.E. CHAVEZ GRACIANO, a minor by and through his Guardian Ad Litem Liliana Graciano Flores** is, and at all relevant times was, a natural person and

resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 148 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**222.** Plaintiff **DANIELA CHAVEZ GRACIANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 148 Rivera Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**223.** Plaintiff **HENRY SAUCEDO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided and/or worked within the area affected by the fire described herein. Plaintiff worked within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**224.** Plaintiff **RITA GOVEA RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 203 N. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**225.** Plaintiff **RAYMOND PADILLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 216 N. 10th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**226.** Plaintiff **MAYRA PADILLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 216 N. 10th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**227.** Plaintiff **JOSE M. MORENO GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2215 E. 2nd Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**228.** Plaintiff **CAROL S. MORENO GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2215 E . 2nd Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**229.** Plaintiff **JOSE M. MORENO PARDO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2215 E. 2nd Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**230.** Plaintiff **AGUEDA GARCIA PERES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2215 E. 2nd Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**231.** Plaintiff **ALEXA E. MORENO GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2215 E. 2nd Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**232.** Plaintiff **P.S. MORENO, a minor by and through his Guardian Ad Litem Alexa E. Moreno Garcia** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described

herein. Plaintiff's residence is located at 2215 E. 2nd Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**233.** Plaintiff **JOAQUIN FLORES ORTEGA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2502 Fairmount Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**234.** Plaintiff **NORMA ORTEGA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2502 Fairmount Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**235.** Plaintiff **SYLVIA GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2714 Cincinnati Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**236.** Plaintiff **ROSARIO MORA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2737 Fairmount Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**237.** Plaintiff **ROSEMARIE MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2744 Guirado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**238.** Plaintiff **MARIA SOLTO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2807 ½ Oregon Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**239.** Plaintiff **MIGUEL A. PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2815 Wynwood Lane #8, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**240.** Plaintiff **FREDY HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2966 E. 3rd Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**241.** Plaintiff **VERONICA RICO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2966 E. 3rd Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**242.** Plaintiff **I. HERNANDEZ, a minor by and through her Guardian Ad Litem Fredy Hernandez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2966 E. 3rd Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**243.** Plaintiff **J. HERNANDEZ, a minor by and through her Guardian Ad Litem Fredy Hernandez** is, and at all relevant times was, a natural person and resident of the

County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2966 E. 3rd Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**244.** Plaintiff **CARLOS JIMENEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3000 E. 3rd Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**245.** Plaintiff **ALFREDO GALVEZ CAMARENA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3000 E. 3rd Street, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**246.** Plaintiff **MAYRA DE LA CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3032 Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**247.** Plaintiff **G. RODRIGUEZ, a minor by and through her Guardian Ad Litem Mayra De La Cruz** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3032 Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**248.** Plaintiff **ANTONIO MARQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3120 E. 3rd Street, Los

Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**249.** Plaintiff **ANALISSA QUESANDRA MEJIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3122 E. 3rd Street, Los Angeles, CA 9003, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**250.** Plaintiff **AUSTIN MEJIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3122 E. 3rd Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**251.** Plaintiff **TERESA MARQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3122 E. 3rd Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**252.** Plaintiff **CRUZ HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 316 Wilber Place #15, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**253.** Plaintiff **JOHN GURROLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3305 Via San Delano Street, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**254.** Plaintiff **ALONZO MENDOZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3327 #2 Hunter Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**255.** Plaintiff **MARIA B. FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3327 Sabina Street #2204, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**256.** Plaintiff **JUVENAL FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3327 Sabina Street #2204, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**257.** Plaintiff **ELVA BENITEZ JAVIER** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3327 Sabina Street #2204, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**258.** Plaintiff **JASMINE ANZALDO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3332 ½ Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**259.** Plaintiff **ANGELA MENDOZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 338 Graves Avenue #B, Monterey

Park, CA 91755, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**260.** Plaintiff **ADRIAN AGUILAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 338 Graves Avenue #B, Monterey Park, CA 91755, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**261.** Plaintiff **C. AGUILAR, a minor by and through his Guardian Ad Litem Adrian Aguilar** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 338 Graves Avenue #B, Monterey Park, CA 91755, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**262.** Plaintiff **B. AGUILAR, a minor by and through her Guardian Ad Litem Adrian Aguilar** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 338 Graves Avenue #B, Monterey Park, CA 91755, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**263.** Plaintiff **JOSE RAMON TORRES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3411 3rd Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**264.** Plaintiff **ANGELICA RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3411 3rd Street, Los Angeles,

CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**265.** Plaintiff **IRENE SALAS MENDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3414 ½ Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**266.** Plaintiff **ANA TERESA MENDEZ MEZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3414 ½ Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**267.** Plaintiff **RAUL ALBERTO MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3414 ½ Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**268.** Plaintiff **JOSE M. RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3422 Winter Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**269.** Plaintiff **JONATHAN FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3436 E. 15th Street, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**270.** Plaintiff **SABINO CABRAL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3454 E. 2nd Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**271.** Plaintiff **J. CABRAL, a minor by and through his Guardian Ad Litem Sabino Cabral** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3454 E. 2nd Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**272.** Plaintiff **L. CABRAL, a minor by and through his Guardian Ad Litem Sabino Cabral** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3454 E. 2nd Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**273.** Plaintiff **RICHARD CHEYENNE GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3455 E. 4th Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**274.** Plaintiff **GIANELL GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3455 E. 4th Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**275.** Plaintiff **LUIS G. MADRIGAL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the

fire described herein. Plaintiff's residence is located at 3455 E. 4th Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**276.** Plaintiff **REGULO MORALES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3474 Union Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**277.** Plaintiff **MARIE RUVALCAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 348 N. 4th Street, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**278.** Plaintiff **MONAROSE RUVALCAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 348 N. 4th Street, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**279.** Plaintiff **PRICILLA RUVALCAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 348 N. 4th Street, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**280.** Plaintiff **JOSE ANTONIO MEDINA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3512 ½ Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**281.** Plaintiff **ADRIANA RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3526 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**282.** Plaintiff **W. HERNANDEZ, a minor by and through his Guardian Ad Litem Adriana Rodriguez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3526 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**283.** Plaintiff **L.M. HERNANDEZ, a minor by and through her Guardian Ad Litem Adriana Rodriguez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3526 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**284.** Plaintiff **LUZ MARIA CISNEROS JUAREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3538 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**285.** Plaintiff **ASCANIO BURGOS LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3538 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**286.** Plaintiff **HEBER BORUNDA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3540 Whiteside Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**287.** Plaintiff **TANYA DIANA LEGASPY** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3555 Whittier Blvd. #305, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**288.** Plaintiff **BENJAMIN PAREDES ORTIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3611 ½ E. 8th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**289.** Plaintiff **GUILLERMO GRANCIANO OLIVARES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3622 Lanfranco Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**290.** Plaintiff **ANDRES RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3623 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**291.** Plaintiff **LAURA E. VILLARROEL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3706 Lee Street, Los Angeles,

CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**292.** Plaintiff **M. CHAMORRO, a minor by and through his Guardian Ad Litem Laura E. Villarroel** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3706 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**293.** Plaintiff **B. CHAMORRO, a minor by and through his Guardian Ad Litem Laura E. Villarroel** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3706 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**294.** Plaintiff **ERNESTO VILLARROEL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3706 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**295.** Plaintiff **MARTHA D. VILLARROEL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3706 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**296.** Plaintiff **MAURO VASALDUA VALDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3710 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**297.** Plaintiff **FRANCISCO JESUS LOPEZ VELAZQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 ½ E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**298.** Plaintiff **ROCIO VELAZQUEZ PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 ½ E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**299.** Plaintiff **BRIAN JAVIER LOPEZ VELAZQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 ½ E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**300.** Plaintiff **FRANCISCO JAVIER LOPEZ GODOY** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 ½ E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**301.** Plaintiff **ISMAEL VASALDUA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**302.** Plaintiff **RENE ANTONIO SALAZAR AREVALO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 7th

Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**303.** Plaintiff **ALEJANDRA GONZALEZ VAZQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3723 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**304.** Plaintiff **JUAN GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3723 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**305.** Plaintiff **JUAN RANGEL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3729 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**306.** Plaintiff **VERONICA MACHADO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3729 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**307.** Plaintiff **MARIA M. MENDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3729 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**308.** Plaintiff **MARGARITA ACEVEDO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3730 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**309.** Plaintiff **MARIA ESQUIVEL BENITEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3724 ½ Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**310.** Plaintiff **MANUEL ESQUIVEL BENITEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3734 ½ Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**311.** Plaintiff **JUAN ORGEL SANDOVAL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3734 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**312.** Plaintiff **TOMAS LUGO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3734 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**313.** Plaintiff **OLGA NAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3734 Lee Street, Los Angeles, CA

90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**314.** Plaintiff **REBECA RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2728 Siskiyou Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**315.** Plaintiff **SALVADOR RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2728 Siskiyou Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**316.** Plaintiff **DARLENE NUNEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3742 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**317.** Plaintiff **NATALIE NUNEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3742 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**318.** Plaintiff **S.R. RAMIREZ, a minor by and through her Guardian Ad Litem Natalie Nunez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3742 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**319.** Plaintiff **GLORIA LUCERO GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3742 Siskiyou Street #B, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**320.** Plaintiff **GLORIA GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3742 Siskiyou Street #B, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**321.** Plaintiff **GABRIEL MORALES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3742 Siskiyou Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**322.** Plaintiff **MARIA MINDALA RIVAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**323.** Plaintiff **HILDA MINDALA GUERRA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**324.** Plaintiff **AROLDO GUERRA PADILLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street,

Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**325.** Plaintiff **DINORA MINDALA PEREZ DE GUERRA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**326.** Plaintiff **ANA M. PLETERO DE PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**327.** Plaintiff **JORGE NELSON PEREZ RIVAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**328.** Plaintiff **GENARO GOPAR RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**329.** Plaintiff **DINORA DEL CARMEN PEREZ SANDOVAL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3743 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**330.** Plaintiff **ADRIAN ACOSTA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3746 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**331.** Plaintiff **AZUCENA CUEVAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3746 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**332.** Plaintiff **LIZBETH ACOSTA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3746 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**333.** Plaintiff **JESUS ACOSTA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3746 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**334.** Plaintiff **GILBERT ALEXANDER BANUELOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**335.** Plaintiff **GILBERTO ALEJANDRO BANUELOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th

Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**336.** Plaintiff **GILBERTO BANUELOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**337.** Plaintiff **FLOR HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**338.** Plaintiff **H. BANUELOS, a minor by and through his Guardian Ad Litem Gilberto Banuelos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**339.** Plaintiff **C. BANUELOS, a minor by and through his Guardian Ad Litem Gilberto Banuelos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**340.** Plaintiff **J. BANUELOS, a minor by and through his Guardian Ad Litem Gilberto Banuelos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th Street, Los Angeles, CA 90023, and is

within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**341.** Plaintiff **A. BANUELOS, a minor by and through his Guardian Ad Litem Gilberto Banuelos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3749 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**342.** Plaintiff **MARIA T. GUTIERREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3751 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**343.** Plaintiff **PEDRO GUTIERREZ SIXTO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3751 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**344.** Plaintiff **N. GARCIA, a minor by and through his Guardian Ad Litem Maria T. Gutierrez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3751 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**345.** Plaintiff **JUAN MANUEL LEDEZMA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3758 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**346.** Plaintiff **ISMAEL BRIBESCA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3758 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**347.** Plaintiff **PAULA A. HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3758 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**348.** Plaintiff **ANTONIO HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3758 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**349.** Plaintiff **NORMAN EDUARDO SOLANO ESTRADA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3758 Lee Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**350.** Plaintiff **ANTHONY SILVAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3783 Union Pacific, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**351.** Plaintiff **MARIA SUSANA MENDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3813 Veranda Street, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**352.** Plaintiff **SERGIO RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3813 Veranda Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**353.** Plaintiff **JENNIFER RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3813 Verona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**354.** Plaintiff **MARIA DE MIMENDI** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3815 Union Pacific Avenue, Commerce, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**355.** Plaintiff **ERIKA J. VAZQUEZ GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3815 Union Pacific Avenue, Commerce, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**356.** Plaintiff **TOMAS ROMAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3815 Union Pacific Avenue, Commerce, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**357.** Plaintiff **E.I. ROMAN VAZQUEZ, a minor by and through her Guardian Ad Litem Tomas Roman** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3815 Union Pacific Avenue, Commerce, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**358.** Plaintiff **D.R. ROMAN VAZAQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3815 Union Pacific Avenue, Commerce, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**359.** Plaintiff **JOHN YAMANI VELASCO VAZQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3815 Union Pacific Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**360.** Plaintiff **MARIA DE JESUS GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3815 Union Pacific Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**361.** Plaintiff **JORGE AREGUETA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3821 Verona, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**362.** Plaintiff **GLADIS TOLEDO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the

fire described herein. Plaintiff's residence is located at 3821 Verona, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**363.** Plaintiff **E. AREGUETA, a minor by and through her Guardian Ad Litem Jorge Aregueta** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3821 Verona, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**364.** Plaintiff **J. AREGUETA, a minor by and through her Guardian Ad Litem Jorge Aregueta** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3821 Verona, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**365.** Plaintiff **O. AREGUETA, a minor by and through her Guardian Ad Litem Jorge Aregueta** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3821 Verona, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**366.** Plaintiff **DENISE RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4418 Triggs Street, Los Angeles, CA 90040, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**367.** Plaintiff **SYLVIA LUNA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4428 Catalpa Street, Los Angeles, CA 90032, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**368.** Plaintiff **RYAN D. LUNA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4428 Catalpa Street, Los Angeles, CA 90032, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**369.** Plaintiff **ROSALVA HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 452 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**370.** Plaintiff **MIGUEL ANGEL MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 452 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**371.** Plaintiff **ANGIE NEVAREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4680 Gunham Street, Commerce, CA 90040, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**372.** Plaintiff **Y. GONZALEZ, a minor by and through his Guardian Ad Litem Angie Nevarez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4680 Gunham Street, Commerce, CA 90040, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**373.** Plaintiff **M. GONZALEZ, a minor by and through his Guardian Ad Litem Angie Nevarez** is, and at all relevant times was, a natural person and resident of the

County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4680 Gunham Street, Commerce, CA 90040, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**374.** Plaintiff **PASCUALA FLORES PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 474 Betty Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**375.** Plaintiff **ALVARO DOMINGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 474 Betty Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**376.** Plaintiff **AMERICA MADRIGAL HERRARA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4940 Malta Street, Los Angeles, CA 90042, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**377.** Plaintiff **CHRISTOPHER M. HERRARA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4940 Malta Street, Los Angeles, CA 90042, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**378.** Plaintiff **M.H. HERRARA, a minor by and through his Guardian Ad Litem American Madrigal Herrara** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4940 Malta Street, Los Angeles, CA

90042, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**379.** Plaintiff **IGNACIO MIGUEL HERRARA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4940 Malta Street, Los Angeles, CA 90042, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**380.** Plaintiff **JUAN ONTIVEROS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 530 Montebello Way, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**381.** Plaintiff **RICARDO HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5420 Blackwelder Street, Los Angeles, CA 90016, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**382.** Plaintiff **BRIAN ESTRADA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 564 S. Eastman Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**383.** Plaintiff **PRISCILLA VALLES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 564 S. Eastman Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**384.** Plaintiff **ROQUE A. DURAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5917 1/3 E. Whittier Blvd., Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**385.** Plaintiff **MIRIAM DEL CARMEN DURAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5917 1/3 E. Whittier Blvd., Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**386.** Plaintiff **ANGELICA MORENO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5929 Hereford Drive, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**387.** Plaintiff **LUIS MEDEL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5929 Hereford Drive, Los Angeles, CA 9002, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**388.** Plaintiff **B. MEDEL, a minor by and through his Guardian Ad Litem Luis Medel** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5929 Hereford Drive, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**389.** Plaintiff **B. MEDEL, a minor by and through her Guardian Ad Litem Luis Medel** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's

residence is located at 5929 Hereford Drive, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**390.** Plaintiff **L. MEDEL, a minor by and through his Guardian Ad Litem Luis Medel** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5929 Hereford Drive, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**391.** Plaintiff **ANTONIO BECERRA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 610 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**392.** Plaintiff **EMMA MARENCO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 610 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**393.** Plaintiff **CLAUDIA PEREZ OSEGUEDA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 630 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**394.** Plaintiff **JOSE ABEL CISNEROS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 630 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**395.** Plaintiff **CUSTODIO MEJIA MENDOZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 630 S. Spence Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**396.** Plaintiff **CHRISTOPHER CUBILLO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 631 Hoefner Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**397.** Plaintiff **JUAN CUBILLO CHAVEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 631 Hoefner Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**398.** Plaintiff **EVELIA CUBILLO CHAVEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 631 Hoefner Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**399.** Plaintiff **PRECIOUS CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**400.** Plaintiff **ROBERTO ALCALA GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record

Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**401.** Plaintiff **JENNIFER GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**402.** Plaintiff **O. ORTEGA, a minor by and through her Guardian Ad Litem Jennifer Gonzalez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**403.** Plaintiff **LESLY GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**404.** Plaintiff **AUDENZIO GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**405.** Plaintiff **MARIA REFUGIA GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**406.** Plaintiff **L.J. GONZALEZ ALCALA, a minor by and through her Guardian Ad Litem Audenzio Gonzalez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**407.** Plaintiff **DESTINY GONZALEZ ALCALA, by and through her Legal Guardian Audenzio Gonzalez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 634 S. Record Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**408.** Plaintiff **LIDIA GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 662 ½ S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**409.** Plaintiff **JUSTINE RUVALCAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 710 S. Maple Avenue #18, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**410.** Plaintiff **ARNULFO PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 716 ½ S. Kern Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**411.** Plaintiff **CARMELA PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 716 ½ S. Kern Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**412.** Plaintiff **J. PEREZ, a minor by and through his Guardian Ad Litem Arnulfo Perez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 716 ½ S. Kern Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**413.** Plaintiff **FILIBERTO SALMERON** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 720 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**414.** Plaintiff **MA GUADALUPE ORTEGA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 720 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**415.** Plaintiff **ANTHONY ALCARAZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 735 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**416.** Plaintiff **ELIZABETH ALCARAZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 735 S. Downey Road, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**417.** Plaintiff **KARINA FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 807 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**418.** Plaintiff **RIGOBERTO RIVERA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 807 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**419.** Plaintiff **J.L. RIVERA, a minor by and through her Guardian Ad Litem Rigoberto Rivera** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 807 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**420.** Plaintiff **JORGE MONZON** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided and/or worked within the area affected by the fire described herein. Plaintiff work is located within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**421.** Plaintiff **PETRA CHARRO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 821 ¾ Gage Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**422.** Plaintiff **ANGEL SHAMIN MENDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 825 ½ S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**423.** Plaintiff **NANCY MORENO MAGANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 825 ½ Townsend Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**424.** Plaintiff **M. ZAMBRANO, a minor by and through his Guardian Ad Litem Nancy Moreno Magana** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 825 ½ Townsend Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**425.** Plaintiff **R.A. GAYTAN, a minor by and through his Guardian Ad Litem Nancy Moreno Magana** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 825 ½ Townsend Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**426.** Plaintiff **REBECA ALCALA RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 825 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**427.** Plaintiff **S. DOMINGUEZ, a minor by and through his Guardian Ad Litem Rebeca Alcala Rodriguez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 825 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**428.** Plaintiff **N. NAVARRO, a minor by and through his Guardian Ad Litem Rebeca Alcala Rodriguez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 825 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**429.** Plaintiff **JOSEFINA ORTEGA ZAMUDIO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 831 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**430.** Plaintiff **J. OROZCO, a minor by and through her Guardian Ad Litem Josefina Ortega Zamudio** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 831 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**431.** Plaintiff **B. OROZCO, a minor by and through his Guardian Ad Litem Josefina Ortega Zamudio** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 831 S. Ditman Avenue, Los Angeles, CA 90023,

and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**432.** Plaintiff **ONELIA SOLIS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 840 S. Alma Avenue #1, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**433.** Plaintiff **Y. SOLIS, a minor by and through his Guardian Ad Litem Onelia Solis** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 840 S. Alma Avenue #1, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**434.** Plaintiff **ANGELICA SOLIS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 8405 Alma Avenue #2, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**435.** Plaintiff **ENRIQUE XIRUM** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 8405 Alma Avenue #2, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**436.** Plaintiff **J. SOLIS, a minor by and through his Guardian Ad Litem Angelica Solis** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 8405 Alma Avenue #2, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**437.** Plaintiff **J.M. XIRUM, a minor by and through his Guardian Ad Litem Angelica Solis** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 8405 Alma Avenue #2, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**438.** Plaintiff **ERNESTO RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 909 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**439.** Plaintiff **DESTINY ORR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 909 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**440.** Plaintiff **DIONICIO CHAVEZ ROSALES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 923 Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**441.** Plaintiff **MARY JANE RIVERA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 925 S. Downey Road #6, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**442.** Plaintiff **MARIA DEL CARMEN SANTOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area

affected by the fire described herein. Plaintiff's residence is located at 925 S. Downey Road #6, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**443.** Plaintiff **N. VASQUEZ, a minor by and through his Guardian Ad Litem Maria Del Carmen Santos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 925 S. Downey Road #6, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**444.** Plaintiff **Z. VASQUEZ, a minor by and through her Guardian Ad Litem Maria Del Carmen Santos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 925 S. Downey Road #6, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**445.** Plaintiff **PEDRO BUSTAMANTE** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 925 S. Downey Road, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**446.** Plaintiff **LIDIA LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 928 S. Record Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**447.** Plaintiff **GERMAN ALBINO SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 928 S. Record

Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**448.** Plaintiff **B. ALBINO, a minor by and through his Guardian Ad Litem German Albino Sanchez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 928 S. Record Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**449.** Plaintiff **E. ALBINO, a minor by and through his Guardian Ad Litem German Albino Sanchez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 928 S. Record Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**450.** Plaintiff **K. ALBINO, a minor by and through her Guardian Ad Litem German Albino Sanchez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 928 S. Record Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**451.** Plaintiff **MARIA JESUS RICO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 928 S. Record Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**452.** Plaintiff **JOSE A. AGUILAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 928 S. Record Street, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**453.** Plaintiff **JULIA JIMENEZ GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 933 S. Townsend Avenue #6, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**454.** Plaintiff **DAVID HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 933 S. Townsend Avenue #6, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**455.** Plaintiff **N. JIMENEZ, a minor by and through his Guardian Ad Litem Julia Jimenez Gomez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 933 S. Townsend Avenue #6, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**456.** Plaintiff **JULISSA JIMENEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 933 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**457.** Plaintiff **CHRISTOPHER ALEXIS GARNICA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 933 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**458.** Plaintiff **ELVA FIMBRES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 938 S. Ditman, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**459.** Plaintiff **JONATHAN HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 943 S. Eastman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**460.** Plaintiff **ELIA PONCIAGO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 943 S. Eastman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**461.** Plaintiff **A. HERNANDEZ, a minor by and through his Guardian Ad Litem Jonathan Hernandez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 943 S. Eastman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**462.** Plaintiff **C. HERNANDEZ, a minor by and through his Guardian Ad Litem Jonathan Hernandez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 943 S. Eastman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**463.** Plaintiff **A. HERNANDEZ, a minor by and through her Guardian Ad Litem Jonathan Hernandez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 943 S. Eastman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**464.** Plaintiff **TOMASA HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 945 Eastman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**465.** Plaintiff **PATRICIA MENDOZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 953 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**466.** Plaintiff **J. SANABRIA, a minor by and through his Guardian Ad Litem Patricia Mendoza** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 953 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**467.** Plaintiff **RAMON GALAVIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 961 Esperanza Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**468.** Plaintiff **OLGA HERNANDEZ MELO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 961 Esperanza Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**469.** Plaintiff **MARIA RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 965 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**470.** Plaintiff **PEDRO RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 965 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**471.** Plaintiff **JESUS RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 965 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**472.** Plaintiff **MARIBEL JIMENEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 965 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**473.** Plaintiff **H. RAMIREZ, a minor by and through her Guardian Ad Litem Jesus Ramirez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 965 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**474.** Plaintiff **L. RAMIREZ, a minor by and through her Guardian Ad Litem Jesus Ramirez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 965 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**475.** Plaintiff **SCARLET RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 965 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**476.** Plaintiff **ANA DE LOS SANTOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided and/or worked within the area affected by the fire described herein. Plaintiff's work is located within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**477.** Plaintiff **JAKOB PEREIRA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided and/or worked within the area affected by the fire described herein. Plaintiff's work is located within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**478.** Plaintiff **VIRGINIA SANCHEZ CHEVEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1230 S. Gage Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**479.** Plaintiff **OSCAR CENTENA GONZAGA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1230 S. Gage Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**480.** Plaintiff **JORGE CID** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2446 Cincinnati Street #3, Los Angeles, CA 90033, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**481.** Plaintiff **ALEXIS FASCINETTO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1008 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**482.** Plaintiff **L. BARAJAS FASCINETTO, a minor by and through his Guardian Ad Litem Alexis Fascinetto** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1008 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**483.** Plaintiff **REBECA MOJICA ROMAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3801 Verona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**484.** Plaintiff **VERONICA RAMOS LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area

affected by the fire described herein. Plaintiff's residence is located at 969 ½ Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**485.** Plaintiff **ALBERT RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3339 E. Estrada Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**486.** Plaintiff **MAURA RANGEL SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1230 S. Gage Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**487.** Plaintiff **CELESTINO GIL RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1230 S. Gage Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**488.** Plaintiff **MARIA RAYA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 6444 ½ Whittier Blvd., Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**489.** Plaintiff **MAURICIO MANCIA ALONSO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1257 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**490.** Plaintiff **ANGELA GUADALUPE ZUNIGA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3725 Lan Franco Street #F, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**491.** Plaintiff **EDGAR CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3725 Lan Franco Street #F, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**492.** Plaintiff **R. MAYER ZUNIGA, a minor by and through her Guardian Ad Litem Angela Guadalupe Zuniga** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3725 Lan Franco Street #F, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**493.** Plaintiff **M. CRUZ ZUNIGA, a minor by and through her Guardian Ad Litem Angela Guadalupe Zuniga** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3725 Lan Franco Street #F, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**494.** Plaintiff **JOSE LUIS HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1253 ½ S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**495.** Plaintiff **ADA ZELAYA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1253 ½ S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**496.** Plaintiff **E. ZELAYA, a minor by and through her Guardian Ad Litem Ada Zelaya** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1253 ½ S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**497.** Plaintiff **N. ZELAYA, a minor by and through her Guardian Ad Litem Ada Zelaya** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1253 ½ S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**498.** Plaintiff **L. HERNANDEZ, a minor by and through her Guardian Ad Litem Ada Zelaya** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1253 ½ S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**499.** Plaintiff **CRISTOBAL ROBLES RAMOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3557 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**500.** Plaintiff **HORTENCIA ROBLES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by

the fire described herein. Plaintiff's residence is located at 3557 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**501.** Plaintiff **F.M. ROBLES, a minor by and through her Guardian Ad Litem Hortencia Robles** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3557 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**502.** Plaintiff **JOSE ANTONIO MARIANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1042 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**503.** Plaintiff **LUIS PORTILLO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4007 Princeton Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**504.** Plaintiff **ANA D. SERRANO MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1160 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**505.** Plaintiff **AMANDO ALVARADO GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3556 Percy Street,

Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**506.** Plaintiff **MARIA DEL CARMEN MERINO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3556 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**507.** Plaintiff **ANGELA MELIDA ELIAS HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 933 Simmons Avenue #5, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**508.** Plaintiff **GILBERTO TAVARES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1234 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**509.** Plaintiff **MA CANDALARIA GARCIA CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 662 S. Eastern Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**510.** Plaintiff **MA CANDELARIA GARCIA CRUZ, as owner of TILA'S KITCHEN, a business entity** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3909 Whittier Blvd., Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**511.** Plaintiff **GENOVEVA PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1253 Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**512.** Plaintiff **ARLIN D. GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3723 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**513.** Plaintiff **SERGIO DE LA TORRE** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1133 Los Palos Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**514.** Plaintiff **JOSUE LUEVANOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1057 Los Palos Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**515.** Plaintiff **ARLENE REYES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1057 Los Palos Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**516.** Plaintiff **X. LUEVANOS, a minor by and through her Guardian Ad Litem Josue Luevanos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 1057 Los Palos Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**517.** Plaintiff **ANGELINA GARCIA ALCANTAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3356 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**518.** Plaintiff **NICOLAS HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1111 La Puerta Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**519.** Plaintiff **PERLA J. ALVARADO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3356 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**520.** Plaintiff **RAUL CASTILLO FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3213 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**521.** Plaintiff **VERONICA ISABEL CRUZ SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3213 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**522.** Plaintiff **I. CASTILLO, a minor by and through her Guardian Ad Litem Raul Castillo Flores** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3213 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**523.** Plaintiff **A. CASTILLO CRUZ, a minor by and through his Guardian Ad Litem Raul Castillo Flores** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3213 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**524.** Plaintiff **ROXANNE MURO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1150 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**525.** Plaintiff **JUAN CARLOS SANCHEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1150 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**526.** Plaintiff **JOSE GUZMAN TENARIO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3740 Whittier Blvd., Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**527.** Plaintiff **VERONICA CONTRERAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1036 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**528.** Plaintiff **JOSE ORTEGA CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1036 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**529.** Plaintiff **A. ORTEGA, a minor by and through her Guardian Ad Litem Jose Ortega Cruz** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1036 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**530.** Plaintiff **J. CONCEPCION PEREZ CORTES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3548 Opal Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**531.** Plaintiff **ESMERALDA CARMONA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3548 Opal Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**532.** Plaintiff **JUAN GUILLERMO ESTEBAN RAMOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the

area affected by the fire described herein. Plaintiff's residence is located at 1224 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**533.** Plaintiff **KARLA VAZQUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1224 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**534.** Plaintiff **K.T. VAZQUEZ, a minor by and through her Guardian Ad Litem Karla Vazquez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1224 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**535.** Plaintiff **YANEIRA VAZQUEZ JUAREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1224 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**536.** Plaintiff **PABLO PERLA CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1235 S. Herbert Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**537.** Plaintiff **ANA CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff is currently unhoused but living under the Interstate 5 in the

Boyle Heights area of Los Angeles, CA and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**538.** Plaintiff **ERIC RUBALCAVA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff is currently unhoused but living under the Interstate 5 in the Boyle Heights area of Los Angeles, CA and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**539.** Plaintiff **GONZALO CANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff is currently unhoused but living under the Interstate 5 in the Boyle Heights area of Los Angeles, CA and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**540.** Plaintiff **DERECK PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3528 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**541.** Plaintiff **NATHALIE E. GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1044 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**542.** Plaintiff **ENRIQUE ARELLANO ESPINOZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 Siskiyou Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**543.** Plaintiff **ROSAMARIA ARELLANO, by and through her Legal Guardian Enrique Arellano Espinoza** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3715 Siskiyou Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**544.** Plaintiff **ELVA GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1044 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**545.** Plaintiff **JOSE ENRIQUE GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1044 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**546.** Plaintiff **SONIA HIDALGO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3547 ¼ Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**547.** Plaintiff **JESUS M. HIDALGO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3547 ¼ Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**548.** Plaintiff **PEDRO PARRA HEREDIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by

the fire described herein. Plaintiff's residence is located at 3748 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**549.** Plaintiff **MARIA RODRIGUEZ CAMPOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3748 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**550.** Plaintiff **EVENCIO VARGAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3501 ½ E. 3rd Place, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**551.** Plaintiff **KIMBERLY ALVARADO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3556 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**552.** Plaintiff **IGNACIO ZAMORANO RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1131 Euclid Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**553.** Plaintiff **VALERIA ALVARADO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3556 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**554.** Plaintiff **TERESITA DE JESUS CANO AMANZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3429 Hunter Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**555.** Plaintiff **EDUARDO CONEJO, by and through his Legal Guardian Teresita De Jesus Cano Amanza** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3429 Hunter Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**556.** Plaintiff **SAMANTHA GALVAN** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1044 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**557.** Plaintiff **JOSE CRESCENCIO ROJAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1226 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**558.** Plaintiff **ROSARIO GONZALEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1226 S. Ditman Avenue, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**559.** Plaintiff **LOUIS JOSEPH CARRILLO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1356 S. Sunol Drive, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**560.** Plaintiff **MARIA CONEJO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3429 Hunter Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**561.** Plaintiff **A. ARRIAZA, a minor by and through her Guardian Ad Litem Maria ConeJo** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3429 Hunter Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**562.** Plaintiff **MIREYA PARRA RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3748 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**563.** Plaintiff **CINTHIA RIVERA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3538 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**564.** Plaintiff **J.A. GONZALEZ RIVERA, a minor by and through his Guardian Ad Litem Cinthia Rivera** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3538 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**565.** Plaintiff **ARTURO FERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3654 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**566.** Plaintiff **ALYSSA PETRA RENICK** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3528 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**567.** Plaintiff **M.M. RENICK, a minor by and through her Guardian Ad Litem Alyssa Petra Renick** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3528 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**568.** Plaintiff **MICHAEL ELIAS CALDERON** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3957 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**569.** Plaintiff **KIMBERLY HERNANDEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3957 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**570.** Plaintiff **M.J. CALDERON HERNANDEZ, a minor by and through his Guardian Ad Litem Michael Elias Calderon** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3957 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**571.** Plaintiff **MARIA GUADALUPE PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3528 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**572.** Plaintiff **FERNANDO PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3528 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**573.** Plaintiff **ERIK ADRIAN PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3528 Percy Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**574.** Plaintiff **RENE PADILLA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire

described herein. Plaintiff's residence is located at 3748 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**575.** Plaintiff **RAFAEL RIZO HERNANEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3740 ¼ E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**576.** Plaintiff **MARIA E. RIZO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3740 ¼ E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**577.** Plaintiff **E. RIZO, a minor by and through his Guardian Ad Litem Rafael Rizo Hernandez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3740 ¼ E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**578.** Plaintiff **BRANDON ORELLANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3847 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**579.** Plaintiff **ISIDRO SORIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3721 Lan Franco Street, Los Angeles,

CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**580.** Plaintiff **JUANA SORIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3721 Lan Franco Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**581.** Plaintiff **ERASMO NUNEZ MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 2624 W. Via Corona, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**582.** Plaintiff **NATALIE PARRA RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3748 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**583.** Plaintiff **E. PADILLA, a minor by and through his Guardian Ad Litem Natalie Parra Rodriguez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3748 E. 7th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**584.** Plaintiff **MARGARET RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 713 Harding Avenue, Monterey Park, CA 91754, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**585.** Plaintiff **ALBERT LIMON** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 132 N. Townsend Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**586.** Plaintiff **KARINA GUERRERO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 132 N. Townsend Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**587.** Plaintiff **K. LIMON, a minor by and through her Guardian Ad Litem Albert Limon** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 132 N. Townsend Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**588.** Plaintiff **K. LIMON, a minor by and through her Guardian Ad Litem Albert Limon** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 132 N. Townsend Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**589.** Plaintiff **ANGIE ITZEL RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1018 S. Bonnie Beach Place, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**590.** Plaintiff **P. JIMENEZ, a minor by and through his Guardian Ad Litem Angie Itzel Rodriguez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 1018 S. Bonnie Beach Place, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**591.** Plaintiff **JOSE I. NUNEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 12624 W. Via Corona, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**592.** Plaintiff **GABRIELLA NUNEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 12624 W. Via Corona, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**593.** Plaintiff **A. NUNEZ, a minor by and through her Guardian Ad Litem Jose I. Nunez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 12624 W. Via Corona, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**594.** Plaintiff **K. NUNEZ, a minor by and through her Guardian Ad Litem Jose I. Nunez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 12624 W. Via Corona, Montebello, CA 90640, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**595.** Plaintiff **JORGE ESTUARDO DUBOIS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1018 S. Bonnie Beach Place, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**596.** Plaintiff **DAVID CHAVEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3536 Sabina Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**597.** Plaintiff **JOSE MIGUEL ROSAS SERRANO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 824 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**598.** Plaintiff **SUSANA GARCIA ANGEL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3415 Folsom Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**599.** Plaintiff **RAFAEL REYES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3415 Folsom Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**600.** Plaintiff **R.R. REYES, a minor by and through his Guardian Ad Litem Rafael Reyes** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3415 Folsom Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**601.** Plaintiff **MARIA DE LOS ANGELES CARMONA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the

area affected by the fire described herein. Plaintiff's residence is located at 1018 S. Bonnie Beach Place, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**602.** Plaintiff **ARLENE VARGAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 958 Geraghty Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**603.** Plaintiff **R. JUSTO, a minor by and through her Guardian Ad Litem Arlene Vargas** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 958 Geraghty Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**604.** Plaintiff **N. JUSTO, a minor by and through her Guardian Ad Litem Arlene Vargas** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 958 Geraghty Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**605.** Plaintiff **B. JUSTO, a minor by and through her Guardian Ad Litem Arlene Vargas** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 958 Geraghty Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**606.** Plaintiff **MARIA DEJESUS TORRES ORELLANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3847 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**607.** Plaintiff **FRANCISCO ORELLANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3847 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**608.** Plaintiff **YOLANDA OSARIO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 538 Keenan Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**609.** Plaintiff **OCTAVIANO AVITIA TORRES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3711 ¼ E. Cesar Chavez Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**610.** Plaintiff **MICHAEL ANTHONY FLORES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3471 Hunter Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**611.** Plaintiff **NORMA MENDOZA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3471 Hunter Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**612.** Plaintiff **JOSEFINA GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1042 S. Alma Avenue, Los

Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**613.** Plaintiff **PEDRO GARCIA MORALES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1042 S. Alma Aveue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**614.** Plaintiff **JOSEFINA CORADO LOPEZ DE MORATAYA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1142 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**615.** Plaintiff **JOSUE MORATAYA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1142 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**616.** Plaintiff **JOSE ANDRES MIGUEL** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1059 Gage Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**617.** Plaintiff **JACQUELINE AMEZCUA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3543 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**618.** Plaintiff **INOCENCIO PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1055 Prado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**619.** Plaintiff **SILBIA PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1055 Prado Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**620.** Plaintiff **HILDA CHAVEZ HERRARA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1118 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**621.** Plaintiff **JOSE TORO ORTEGA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1118 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**622.** Plaintiff **J.M. TORO, a minor by and through his Guardian Ad Litem Jose Toro Ortega** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1118 Calzona Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**623.** Plaintiff **ELVIRA MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the

fire described herein. Plaintiff's residence is located at 3512 ½ E. Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**624.** Plaintiff **N. DEJESUS, a minor by and through his Guardian Ad Litem Elvira Martinez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3512 ½ E. Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**625.** Plaintiff **S. DEJESUS, a minor by and through her Guardian Ad Litem Elvira Martinez** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3512 ½ E. Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**626.** Plaintiff **ALEJANDRO THEODORE ORELLANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3847 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**627.** Plaintiff **YOLANDA LOPEZ AMEZCUA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3543 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**628.** Plaintiff **MARTIN AMEZCUA ZAMORA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3543 E. 6th Street,

Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**629.** Plaintiff **SERGIO JUAREZ GOMEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 5215 Jillson Street, Commerce, CA 90040, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**630.** Plaintiff **ROMELIA HERNANDEZ MELO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3727 E. 5th Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**631.** Plaintiff **HERNANDEZ CARPENTRY** is, and at all relevant times was, a business entity of the County of Los Angeles which resided within the area affected by the fire described herein. Plaintiff's residence is located at 3726 Whittier Blvd., Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**632.** Plaintiff **JAVIER MUNIZ VARGAS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3727 E. 5th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**633.** Plaintiff **MUNIZ CARPENTRY** is, and at all relevant times was, a business entity of the County of Los Angeles which resided within the area affected by the fire described herein. Plaintiff's residence is located at 3726 Whittier Blvd., Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**634.** Plaintiff **OFELIA O. RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1038 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**635.** Plaintiff **SEBASTIAN RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1038 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**636.** Plaintiff **MANUEL SOLIS RODRIGUEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1120 ½ Euclid Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**637.** Plaintiff **JOSE DE JESUS FELIX CORTES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3847 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**638.** Plaintiff **JACQUELINE SALDANA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1218 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**639.** Plaintiff **D. SALDANA, a minor by and through his Guardian Ad Litem Jacqueline Saldana** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein.

Plaintiff's residence is located at 1218 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**640.** Plaintiff **J. SALDANA, a minor by and through his Guardian Ad Litem Jacqueline Saldana** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1218 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**641.** Plaintiff **IDELFONSO FLORES AGUILAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3909 Union Pacific Avenue, Commerce, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**642.** Plaintiff **CATALINA AVELINA HUERTA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1218 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**643.** Plaintiff **J. GARCIA, a minor by and through his Guardian Ad Litem Catalina Avelina Huerta** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1218 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**644.** Plaintiff **AUSTREBERTA MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3512 ½ Gleason

Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**645.** Plaintiff **JOSE F. MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3512 ½ Gleason Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**646.** Plaintiff **ADRIANA LOPEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3847 E. 6th Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**647.** Plaintiff **NICOLASA MARTINEZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 960 S. Grande Vista Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**648.** Plaintiff **NELSON NIEVES BALTAZAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 538 Keenan Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**649.** Plaintiff **MOSES VALLEJO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1250 S. Herbert Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**650.** Plaintiff **MARK VALLEJO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1250 S. Herbert Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**651.** Plaintiff **LLUVIA RIVERA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 807 S. Townsend Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**652.** Plaintiff **JULIO REYES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 960 S. Grande Vista Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**653.** Plaintiff **JOSE MIRANDA MENCHACA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1157 S. Alma Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**654.** Plaintiff **JOSE LUIS NIEVES BALTAZAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 536 Keenan Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**655.** Plaintiff **JOSE C. FLORES RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4380 ½ Union Pacific Avenue,

Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**656.** Plaintiff **MARIA HORTENCIA DE LA ROSA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 4380 ½ Union Pacific Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**657.** Plaintiff **GUADALUPE GUTIERREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 424 S. McBride Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**658.** Plaintiff **FERNANDO MARCOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 424 S. McBride Avenue, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**659.** Plaintiff **AMELIA VALLEJO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1250 S. Herbert Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**660.** Plaintiff **JOSE VALLEJO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1250 S. Herbert Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**661.** Plaintiff **M. VALLEJO, a minor by and through his Guardian Ad Litem Jose Vallejo** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1250 S. Herbert Avneue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**662.** Plaintiff **KIMBERLY RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**663.** Plaintiff **VERONICA LEON** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**664.** Plaintiff **RUDY PEREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**665.** Plaintiff **ROMAN MORALES MOLINA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1108 S. Fetterly, Los Angeles, CA 90022, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**666.** Plaintiff **JOSE FERNANDO CUEVAS AGUILAR** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1239 S. Hicks

Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**667.** Plaintiff **ALICIA AGUILAR CRUZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1239 S. Hicks Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**668.** Plaintiff **CLAUDIA Y. CEDILLOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located 555 S. Rowan Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**669.** Plaintiff **L. CEDILLOS, a minor by and through her Guardian Ad Litem Claudia Y. Cedillos** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 555 S. Rowan Avenue, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**670.** Plaintiff **CLAUDIA POZOS** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3751 Lan Franco Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**671.** Plaintiff **FRANCO E. REBOLLEDO** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 3751 Lan Franco Street, Los Angeles, CA 90063, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**672.** Plaintiff **JOAQUIN RUIZ GARCIA** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 610 Spence Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**673.** Plaintiff **REBECA RUIZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 610 Spence Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**674.** Plaintiff **ANTHONY RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**675.** Plaintiff **ADRIANA VERONICA RAMIREZ** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1266 S. Indiana Street, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**676.** Plaintiff **GUILLERMINA TORRES** is, and at all relevant times was, a natural person and resident of the County of Los Angeles who resided within the area affected by the fire described herein. Plaintiff's residence is located at 1144 S. Ditman Avenue, Los Angeles, CA 90023, and is within the area affected by the fire, smoke, ash, and shelter-in-place order described herein.

**677.** Defendant **CHILL BUILD LOS ANGELES I, LLC** is, and at all relevant times was, on information and belief, the owner of the real property and improvements located

at 1400 South Los Palos Street, Los Angeles, California **[ZIP]** (the "Facility"), an approximately 491,000-square-foot cold-storage warehouse.

**678.** Defendants **LINEAGE LOGISTICS, LLC** and **LINEAGE, INC.** (collectively, "Lineage") are, and at all relevant times were, on information and belief, the tenant, operator, occupant, and entities that managed and controlled the Facility as a cold-storage and blast-freezing operation.

**679.** Defendants **LINEAGE LOGISTICS HOLDINGS, LLC** (collectively "Lineage Holdings") is, and at all relevant times was, on information and belief, a Delaware limited liability company with its principal place of business at 46500 Humboldt Drive, Novi, Michigan 48377. Lineage Holdings is the "principal operating subsidiary" of Lineage OP, LP, a Maryland limited partnership (the "Operating Partnership"), which is a direct subsidiary of Lineage, Inc. (NASDAQ: LINE), a Maryland corporation headquartered in Novi, Michigan. Lineage occupies the Facility as tenant-operator under a lease with Chill Build and subleases the rooftop to Los Palos.

**680.** Defendant **LOS PALOS STREET OPERATING, LLC**, on information and belief is a subsidiary of defendant **ALTUS POWER, INC.** (collectively, "Altus"), is, and at all relevant times was, the owner of and entity responsible for the rooftop solar array installed at the Facility (the "Solar Array").

**681.** Defendant **PEARCE SERVICES, LLC**, ("Pearce"), on information and belief was founded in 1998 and historically headquartered in Paso Robles, California, before its acquisition by CBRE Group, Inc. (NYSE: CBRE) in November 2025 for approximately $1.2 billon. On information and belief, Pearce is organized under the laws of Delaware and, notwithstanding the CBRE acquisition, continues to maintain offices at 1222 Vine Street, Paso Robles, California. CBRE Group, Inc. is a Delaware corporation with principal executive offices at 2121 North Pearl Street, Suite 300, Dallas, TX 75201. Pearce provides design, engineering, maintenance, and repair services for renewable energy generation and storage systems, including rooftop solar arrays, and was engaged

by Los Palos to test the rooftop solar array at the Facility on June 17, 2026 – testing believed to have ignited the fire.

**682.** The true names and capacities of Defendants sued as DOES 1 through 50, inclusive, whether individual, corporate, associate, or otherwise, are unknown to Plaintiff, who therefore sues these Defendants by such fictitious names pursuant to Code of Civil Procedure section 474. Plaintiff will amend this Complaint to allege their true names and capacities when ascertained, including any contractor that performed testing or work on the Solar Array.

**683.** At all relevant times, each Defendant was the agent, employee, servant, joint venturer, partner, alter ego, and/or representative of each of the remaining Defendants and, in doing the acts alleged, was acting within the course and scope of that agency, employment, or relationship, with the knowledge, consent, authorization, and/or ratification of the remaining Defendants.

## JURISDICTION AND VENUE

**684.** This Court has subject-matter jurisdiction. The amount in controversy exceeds the jurisdictional minimum of this Court, and the matters alleged are within the general jurisdiction of the Superior Court of California.

**685.** Venue is proper in this Court pursuant to Code of Civil Procedure sections 395 and 395.5 because the Facility, the injury-causing conduct, and the resulting harm all occurred in the County of Los Angeles, and one or more Defendants reside, do business, or maintain their principal place of business in this County.

## GENERAL ALLEGATIONS

**686.** **The Facility and its hazards.** The Facility is an industrial cold-storage warehouse that, on information and belief, used anhydrous ammonia as an industrial refrigerant and was fitted with a large rooftop Solar Array. Both ammonia refrigeration systems and rooftop photovoltaic systems are known to present fire, explosion, and toxic-release hazards if negligently designed, installed, maintained, tested, or operated.

**687.** **Prior notice — the 2024 fire.** In or around August, 2024, a fire involving the rooftop solar panels occurred at the same Facility. By reason of that earlier fire, Defendants, and each of them, had actual and/or constructive notice that the rooftop Solar Array and related electrical systems presented a recurring and foreseeable risk of fire, yet failed to take adequate measures to prevent a recurrence.

**688.** **The June 17, 2026 fire.** On June 17, 2026, at approximately 2:35 p.m., a fire ignited on the roof of the Facility involving the Solar Array. On information and belief, the fire ignited while contractors were conducting testing on or work involving the Solar Array.

**689.** **The ammonia release.** The fire compromised an interior ammonia line at the Facility, causing a release of ammonia and prompting public-safety authorities to issue a shelter-in-place order lasting approximately six hours over a broad residential and commercial area of East Los Angeles.

**690.** **Toxic smoke and contaminants.** The fire burned for multiple days and emitted a large plume of thick smoke, ash, soot, and particulate that settled onto surrounding homes, businesses, and properties. On information and belief, air monitoring detected elevated concentrations of particulate matter and increased levels of bromine and chlorine in the affected area, and public-health authorities issued smoke and particle-pollution advisories.

**691.** **Harm to Plaintiff.** As a direct and proximate result of the fire and the resulting smoke, ash, soot, airborne particulate, toxic combustion byproducts, and anhydrous ammonia and other harmful chemical release, Plaintiffs were forced to shelter in place and/or evacuate their homes under the shelter-in-place order and were directly exposed to hazardous smoke, ash, soot, particulate matter, and ammonia and chemical vapor. As a further direct and proximate result of these exposures, Plaintiffs suffered personal and bodily injuries, in varying degrees and combinations as to each Plaintiff, including but not limited to respiratory distress and impairment (such as coughing, wheezing, shortness

of breath, chest tightness, and aggravation of the airways and lungs); persistent headaches; and ocular irritation, including burning, watering, redness, and irritation of the eyes. These injuries have caused, and continue to cause, physical pain, discomfort, and suffering, and required or will require medical monitoring and treatment, all according to proof. As a further direct and proximate result of the fire and the destruction and spoilage of the perishable and organic materials stored at the facility, together with the loss of refrigeration and the disruption of ordinary sanitation and refuse conditions in the surrounding area, Plaintiffs' homes and neighborhood were subjected to infestations of flies, insects, rodents, and other vermin. These conditions, affecting Plaintiffs in varying degrees as to each Plaintiff, further deprived Plaintiffs of the safe and habitable use of their homes, created ongoing and as yet unknown future health hazards, and necessitated additional and on going remediation, extermination, and cleaning efforts. As a further direct and proximate result of the foregoing, Plaintiffs lost the use and enjoyment of their homes and businesses; incurred cleanup, remediation, relocation, medical, and related out-of-pocket expenses; and suffered annoyance, discomfort, inconvenience, mental anguish, and emotional distress, all according to proof.

**692.** **Defendants' conduct.** On information and belief, the fire and Plaintiff's resulting harm were caused by Defendants' negligent and/or wrongful ownership, operation, management, control, design, installation, inspection, testing, maintenance, and/or repair of the Facility, the Solar Array, and the ammonia refrigeration system, and by their failure to remediate known hazards after the 2024 fire and to warn or protect nearby residents and businesses.

**<u>FIRST CAUSE OF ACTION</u>**

**(Negligence — Against All Defendants)**

**693.** Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 15, inclusive, as though fully set forth herein.

**694.** At all relevant times, Defendants, and each of them, owed Plaintiff a duty under Civil Code section 1714 and the common law to exercise reasonable and ordinary care in the ownership, operation, management, control, design, installation, inspection, testing, maintenance, and repair of the Facility, the Solar Array, and the ammonia refrigeration system, so as not to cause harm to persons and property in the surrounding community.

**695.** Defendants breached that duty by, among other things, negligently testing and/or working on the Solar Array; negligently maintaining the Solar Array, electrical systems, and ammonia refrigeration system; failing to remediate the known fire hazard after the 2024 fire; failing to provide adequate fire detection, suppression, and containment; and failing to timely warn or protect nearby residents and businesses.

**696.** As a direct and proximate result of Defendants' negligence, Plaintiff suffered the injuries and damages alleged herein, in an amount according to proof.

## <u>SECOND CAUSE OF ACTION</u>

**(Premises Liability — Against All Defendants)**

**697.** Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 19, inclusive, as though fully set forth herein.

**698.** At all relevant times, Defendants owned, leased, occupied, managed, and/or controlled the Facility and owed a duty to maintain it in a reasonably safe condition and to avoid exposing persons and property in the surrounding area to an unreasonable risk of harm.

**699.** The Facility was in a dangerous condition by reason of the rooftop Solar Array, the associated electrical systems, and the ammonia refrigeration system, which presented a foreseeable risk of fire and toxic release — a risk of which Defendants had actual and/or constructive notice, including by reason of the 2024 fire.

**700.** Defendants negligently failed to inspect, repair, remediate, or warn of the dangerous condition. As a direct and proximate result, Plaintiff suffered the injuries and damages alleged herein, according to proof.

**<u>THIRD CAUSE OF ACTION</u>**

**(Private Nuisance — Against All Defendants)**

**701.** Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 23, inclusive, as though fully set forth herein.

**702.** Plaintiff owned, leased, occupied, and/or possessed the property described above. Defendants' conduct caused smoke, ash, soot, particulate, noxious odors, and ammonia to invade Plaintiff's property, and caused Plaintiff to be displaced and/or confined under a shelter-in-place order.

**703.** This invasion constituted a substantial and unreasonable interference with Plaintiff's use and enjoyment of the property within the meaning of Civil Code sections 3479 and 3481. The seriousness of the harm outweighs any social utility of Defendants' conduct.

**704.** As a direct and proximate result, Plaintiff suffered the injuries and damages alleged herein, including loss of use and enjoyment, according to proof.

**<u>FOURTH CAUSE OF ACTION</u>**

**(Public Nuisance — Against All Defendants)**

**705.** Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 27, inclusive, as though fully set forth herein.

**706.** Defendants' conduct created a condition — a multi-day fire emitting toxic smoke, ash, particulate, and ammonia over a densely populated area — that was injurious to health and interfered with the comfortable enjoyment of life and property by an entire community or neighborhood, constituting a public nuisance within the meaning of Civil Code sections 3479 and 3480.

**707.** Plaintiff suffered harm that was different in kind, and not merely in degree, from that suffered by the general public, including property contamination and personal injury as a result of their exposure to toxic smoke.

**708.** As a direct and proximate result, Plaintiff suffered the injuries and damages alleged herein, according to proof.

## FIFTH CAUSE OF ACTION

**(Trespass — Against All Defendants)**

**709.** Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 31, inclusive, as though fully set forth herein.

**710.** Plaintiff owned, leased, occupied, and/or possessed the property described above. Defendants, through their negligent, reckless, and/or intentional conduct, caused smoke, ash, soot, particulate, and other physical matter to enter and physically invade Plaintiff's property without Plaintiff's consent.

**711.** As a direct and proximate result of this trespass, Plaintiff suffered the injuries and damages alleged herein, including contamination, remediation costs, and loss of use, according to proof.

## SIXTH CAUSE OF ACTION

**(Negligent Infliction of Emotional Distress — Against All Defendants)**

**712.** Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 34, inclusive, as though fully set forth herein.

**713.** Defendants owed Plaintiff a duty of care as alleged above. As a direct victim of Defendants' negligent conduct — including exposure to toxic smoke and ammonia, forced shelter-in-place and/or displacement, and reasonable fear for personal health and safety — Plaintiff suffered serious emotional distress.

**714.** Defendants' negligence was a substantial factor in causing Plaintiff's serious emotional distress. As a direct and proximate result, Plaintiff suffered the damages alleged herein, according to proof.

## SEVENTH CAUSE OF ACTION

**(Punitive Damages Allegations — Against All Defendants)**

**715.** Plaintiff re-alleges and incorporates by reference each and every allegation contained in Paragraphs 1 through 37, inclusive, as though fully set forth herein.

**716.** Defendants' conduct, as alleged above, was despicable and was carried on with a willful and conscious disregard of the rights and safety of Plaintiff and the surrounding community. Despite actual and/or constructive notice of the recurring fire hazard posed by the rooftop Solar Array — including by reason of the 2024 fire at the same Facility — Defendants failed to remediate the hazard, continued to operate and/or perform work on the Solar Array and ammonia systems, and failed to warn or protect nearby residents and businesses.

**717.** Such conduct constitutes malice, oppression, and/or a conscious disregard of safety within the meaning of Civil Code section 3294. On information and belief, the wrongful conduct was committed, authorized, and/or ratified by one or more officers, directors, or managing agents of the corporate Defendants.

**718.** Plaintiff is therefore entitled to recover punitive and exemplary damages according to proof.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, as follows:

1. For general and special damages according to proof;
2. For damages for loss of use and enjoyment of property, annoyance, discomfort, and inconvenience, according to proof;
3. For damages for emotional distress, according to proof;
4. For cleanup, remediation, and relocation/displacement expenses, according to proof;

5. For all costs of suit incurred herein;
6. For prejudgment interest as allowed by law;
7. For punitive and exemplary damages against Defendants pursuant to Civil Code section 3294, according to proof; and
8. For such other and further relief as the Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a trial by jury on all causes of action and issues so triable.

DATED: July 29, 2026

**McNULTY LAW FIRM**

By: ______________________________

Peter J. Mcnulty

Brett L. Rosenthal

Attorneys for Plaintiffs

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER:
NAME: Peter J. McNulty, Esq. SBN: 89660 / Brett L. Rosenthal , Esq. SBN: 230154
FIRM NAME: McNulty Law Firm
STREET ADDRESS: 827 Moraga Drive. Los Angeles, CA 90049
CITY: Los Angeles STATE: CA ZIP CODE: 90049
TELEPHONE NO.: 310-471-2707 FAX NO.: 310-472-7014
EMAIL ADDRESS: peter@mcnultylaw, brett@mcnultylaw.com, eservice@mcnultylaw.com
ATTORNEY FOR (*name*): Plaintiffs

*FOR COURT USE ONLY*

**Electronically FILED by Superior Court of California, County of Los Angeles 7/29/2026 3:38 PM David W. Slayton, Executive Officer/Clerk of Court, By G. Delgado, Deputy Clerk**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 N Hill Street
MAILING ADDRESS: 111 N Hill Street
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
ALICIA BONILLA, an individual, et al. v. LINEAGE LOGISTICS, LLC, et al.

| **CIVIL CASE COVER SHEET** | **Complex Case Designation** | CASE NUMBER: 26STCV24120 |
|---|---|---|
| [X] **Unlimited** (Amount demanded exceeds $35,000) [ ] **Limited** (Amount demanded is $35,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2 and examples on page 3).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Asbestos**
- [ ] Asbestos (04)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/Unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Song-Beverly Act: Motor Vehicle Lemon Law (49)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Employment Development Department (EDD)**
- [ ] EDD decision review (48)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.404)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [X] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Comprehensive groundwater adjudication (47)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. Is this case complex under rule 3.400 of the California Rules of Court? [x] Yes [ ] No

   If the case is complex, mark the factors requiring exceptional judicial management:

   a. [x] Large number of separately represented parties
   b. [x] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [x] Substantial amount of documentary evidence
   d. [x] Large number of witnesses
   e. [x] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*:

   a. [x] monetary
   b. [x] nonmonetary; declaratory or injunctive relief
   c. [ ] punitive

4. Number of causes of action *(specify)*: 7

5. Is this case a class action suit? [ ] Yes [x] No

6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 29, 2026

Peter J. McNulty, Esq.

Type or print name

Signature of party or attorney for party

**NOTICE**

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, or a collections case under rule 3.740, you must serve a copy of this cover sheet on all other parties to the action or proceeding. (Cal. Rules of Court, rule 3.220.)
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on pages 1 and 2. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided on page 3 of this form. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 of the California Rules of Court is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $35,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**SEE PAGE 3 FOR INFORMATION PURPOSES ONLY.**

| SHORT TITLE | CASE NUMBER |
|---|---|
| ALICIA BONILLA, an individual, et al. v. LINEAGE LOGISTICS, LLC, et al. | |

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION

## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

**This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Superior Court of Los Angeles County**

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Courthouse Location (Column C) | |
|---|---|
| 1. Class Actions must be filed in the Stanley Mosk Courthouse, Central District. | 7. Location where petitioner resides. |
| 2. Permissive filing in Central District. | 8. Location wherein defendant/respondent functions wholly. |
| 3. Location where cause of action arose. | 9. Location where one or more of the parties reside. |
| 4. Location where bodily injury, death or damage occurred. | 10. Location of Labor Commissioner Office. |
| 5. Location where performance required, or defendant resides. | 11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection). |
| 6. Location of property or permanently garaged vehicle. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ 2201 Motor Vehicle – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | Uninsured Motorist (46) | ☐ 4601 Uninsured Motorist – Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Other Personal Injury/ Property Damage/ Wrongful Death (23) | ☐ 2301 Premise Liability (e.g., dangerous conditions of property, slip/trip and fall, dog attack, etc.) | 1, 4 |
| | | ☐ 2302 Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, battery, vandalism, etc.) | 1, 4 |
| | | ☐ 2303 Intentional Infliction of Emotional Distress | 1, 4 |
| | | ☐ 2304 Other Personal Injury/Property Damage/Wrongful Death | 1, 4 |
| | | ☐ 2305 Elder/Dependent Adult Abuse/Claims Against Skilled Nursing Facility | 1, 4 |
| | | ☐ 2306 Intentional Conduct – Sexual Abuse Case (in any form) | 1, 4 |

| SHORT TITLE ALICIA BONILLA, an individual, et al. v. LINEAGE LOGISTICS, LLC, et al. | CASE NUMBER |
|---|---|

| | A Civil Case Cover Sheet Case Type | B Type of Action (check only one) | C Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| | | ☐ 2307 Construction Accidents | 1, 4 |
| | | ☐ 2308 Landlord – Tenant Habitability (e.g., bed bugs, mold, etc.) | 1, 4 |
| Other Personal Injury/ Property Damage/ Wrongful Death | Product Liability (24) | ☐ 2401 Product Liability (not asbestos or toxic/ environmental) | 1, 4 |
| | | ☐ 2402 Product Liability – Song-Beverly Consumer Warranty Act (CA Civil Code §§1790-1795.8) (Lemon Law) | 1, 3, 5 |
| | Medical Malpractice (45) | ☐ 4501 Medical Malpractice – Physicians & Surgeons | 1, 4 |
| | | ☐ 4502 Other Professional Health Care Malpractice | 1, 4 |
| Non-Personal Injury/Property Damage/Wrongful Death Tort | Business Tort (07) | ☐ 0701 Other Commercial/Business Tort (not fraud or breach of contract) | 1, 2, 3 |
| | Civil Rights (08) | ☐ 0801 Civil Rights/Discrimination | 1, 2, 3 |
| | Defamation (13) | ☐ 1301 Defamation (slander/libel) | 1, 2, 3 |
| | Fraud (16) | ☐ 1601 Fraud (no contract) | 1, 2, 3 |
| | Professional Negligence (25) | ☐ 2501 Legal Malpractice | 1, 2, 3 |
| | | ☐ 2502 Other Professional Malpractice (not medical or legal) | 1, 2, 3 |
| | Other (35) | ☐ 3501 Other Non-Personal Injury/Property Damage Tort | 1, 2, 3 |
| Employment | Wrongful Termination (36) | ☐ 3601 Wrongful Termination | 1, 2, 3 |
| | Other Employment (15) | ☐ 1501 Other Employment Complaint Case | 1, 2, 3 |
| | | ☐ 1502 Labor Commissioner Appeals | 10 |
| Contract | Breach of Contract / Warranty (06) (not insurance) | ☐ 0601 Breach of Rental/Lease Contract (not unlawful detainer or wrongful eviction) | 2, 5 |
| | | ☐ 0602 Contract/Warranty Breach – Seller Plaintiff (no fraud/negligence) | 2, 5 |
| | | ☐ 0603 Negligent Breach of Contract/Warranty (no fraud) | 1, 2, 5 |
| | | ☐ 0604 Other Breach of Contract/Warranty (no fraud/ negligence) | 1, 2, 5 |
| | | ☐ 0605 Breach of Rental/Lease Contract (COVID-19 Rental Debt) | 2, 5 |
| | Collections (09) | ☐ 0901 Collections Case – Seller Plaintiff | 5, 6, 11 |
| | | ☐ 0902 Other Promissory Note/Collections Case | 5, 11 |
| | | ☐ 0903 Collections Case – Purchased Debt (charged off consumer debt purchased on or after January 1, 2014) | 5, 6, 11 |
| | | ☐ 0904 Collections Case – COVID-19 Rental Debt | 5, 11 |
| | Insurance Coverage (18) | ☐ 1801 Insurance Coverage (not complex) | 1, 2, 5, 8 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| ALICIA BONILLA, an individual, et al. v. LINEAGE LOGISTICS, LLC, et al. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action (check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Contract** (Continued) | Other Contract (37) | ☐ 3701 Contractual Fraud | 1, 2, 3, 5 |
| | | ☐ 3702 Tortious Interference | 1, 2, 3, 5 |
| | | ☐ 3703 Other Contract Dispute (not breach/insurance/fraud/negligence) | 1, 2, 3, 8, 9 |
| **Real Property** | Eminent Domain/ Inverse Condemnation (14) | ☐ 1401 Eminent Domain/Condemnation<br>Number of Parcels ______ | 2, 6 |
| | Wrongful Eviction (33) | ☐ 3301 Wrongful Eviction Case | 2, 6 |
| | Other Real Property (26) | ☐ 2601 Mortgage Foreclosure | 2, 6 |
| | | ☐ 2602 Quiet Title | 2, 6 |
| | | ☐ 2603 Other Real Property (not eminent domain, landlord/tenant, foreclosure) | 2, 6 |
| **Unlawful Detainer** | Unlawful Detainer – Commercial (31) | ☐ 3101 Unlawful Detainer – Commercial (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Residential (32) | ☐ 3201 Unlawful Detainer – Residential (not drugs or wrongful eviction) | 6, 11 |
| | Unlawful Detainer – Post Foreclosure (34) | ☐ 3401 Unlawful Detainer – Post Foreclosure | 2, 6, 11 |
| | Unlawful Detainer – Drugs (38) | ☐ 3801 Unlawful Detainer – Drugs | 2, 6, 11 |
| **Judicial Review** | Asset Forfeiture (05) | ☐ 0501 Asset Forfeiture Case | 2, 3, 6 |
| | Petition re Arbitration (11) | ☐ 1101 Petition to Compel/Confirm/Vacate Arbitration | 2, 5 |
| | Writ of Mandate (02) | ☐ 0201 Writ – Administrative Mandamus | 2, 8 |
| | | ☐ 0202 Writ – Mandamus on Limited Court Case Matter | 2 |
| | | ☐ 0203 Writ – Other Limited Court Case Review | 2 |
| | Other Judicial Review (39) | ☐ 3901 Other Writ/Judicial Review | 2, 8 |
| | | ☐ 3902 Administrative Hearing | 2, 8 |
| | | ☐ 3903 Parking Appeal | 2, 8 |
| **Provisionally Complex Litigation** | Antitrust/Trade Regulation (03) | ☐ 0301 Antitrust/Trade Regulation | 1, 2, 8 |
| | Asbestos (04) | ☐ 0401 Asbestos Property Damage | 1, 11 |
| | | ☐ 0402 Asbestos Personal Injury/Wrongful Death | 1, 11 |

| SHORT TITLE | CASE NUMBER |
|---|---|
| ALICIA BONILLA, an individual, et al. v. LINEAGE LOGISTICS, LLC, et al. | |

| | A<br>Civil Case Cover Sheet Case Type | B<br>Type of Action<br>(check only one) | C<br>Applicable Reasons (see Step 3 above) |
|---|---|---|---|
| **Provisionally Complex Litigation** (Continued) | Construction Defect (10) | ☐ 1001 Construction Defect | 1, 2, 3 |
| | Claims Involving Mass Tort (40) | ☒ 4001 Claims Involving Mass Tort | 1, 2, 8 |
| | Securities Litigation (28) | ☐ 2801 Securities Litigation Case | 1, 2, 8 |
| | Toxic Tort Environmental (30) | ☐ 3001 Toxic Tort/Environmental | 1, 2, 3, 8 |
| | Insurance Coverage Claims from Complex Case (41) | ☐ 4101 Insurance Coverage/Subrogation (complex case only) | 1, 2, 5, 8 |
| **Enforcement of Judgment** | Enforcement of Judgment (20) | ☐ 2001 Sister State Judgment | 2, 5, 11 |
| | | ☐ 2002 Abstract of Judgment | 2, 6 |
| | | ☐ 2004 Administrative Agency Award (not unpaid taxes) | 2, 8 |
| | | ☐ 2005 Petition/Certificate for Entry of Judgment Unpaid Tax | 2, 8 |
| | | ☐ 2006 Other Enforcement of Judgment Case | 2, 8, 9 |
| **Miscellaneous Civil Complaints** | RICO (27) | ☐ 2701 Racketeering (RICO) Case | 1, 2, 8 |
| | Other Complaints (not specified above) (42) | ☐ 4201 Declaratory Relief Only | 1, 2, 8 |
| | | ☐ 4202 Injunctive Relief Only (not domestic/harassment) | 2, 8 |
| | | ☐ 4203 Other Commercial Complaint Case (non-tort/noncomplex) | 1, 2, 8 |
| | | ☐ 4204 Other Civil Complaint (non-tort/non-complex) | 1, 2, 8 |
| **Miscellaneous Civil Petitions** | Partnership Corporation Governance (21) | ☐ 2101 Partnership and Corporation Governance Case | 2, 8 |
| | Other Petitions (not specified above) (43) | ☐ 4301 Civil Harassment with Damages | 2, 3, 9 |
| | | ☐ 4302 Workplace Harassment with Damages | 2, 3, 9 |
| | | ☐ 4303 Elder/Dependent Adult Abuse Case with Damages | 2, 3, 9 |
| | | ☐ 4304 Election Contest | 2 |
| | | ☐ 4305 Petition for Change of Name/Change of Gender | 2, 7 |
| | | ☐ 4306 Petition for Relief from Late Claim Law | 2, 3, 8 |
| | | ☐ 4307 Other Civil Petition | 2, 9 |

| SHORT TITLE ALICIA BONILLA, an individual, et al. v. LINEAGE LOGISTICS, LLC, et al. | CASE NUMBER |
|---|---|

**Step 4: Statement of Reason and Address:** Check the appropriate boxes for the numbers shown under Column C for the type of action that you have selected. Enter the address, which is the basis for the filing location including zip code. (No address required for class action cases.)

| REASON: ☐ 1. ☒ 2. ☐ 3. ☐ 4. ☐ 5. ☐ 6. ☐ 7. ☒ 8. ☐ 9. ☐ 10. ☐ 11 | | | ADDRESS: 1400 S. Los Palos Street |
|---|---|---|---|
| CITY: Boyle Heights | STATE: CA | ZIP CODE: 90023 | |

**Step 5: Certification of Assignment:** I certify that this case is properly filed in the Central District of the Superior Court of California, County of Los Angeles [Code of Civ. Proc., 392 et seq., and SCLAC Local Rule 2.3(a)(1)(E)]

Dated: 07/29/2026

(SIGNATURE OF ATTORNEY/FILING PARTY

**PLEASE HAVE THE FOLLOWING ITEMS COMPLETED AND READY TO BE FILED IN ORDER TO PROPERLY COMMENCE YOUR NEW COURT CASE:**

1. Original Complaint or Petition.
2. If filing a Complaint, a completed Summons form for issuance by the Clerk.
3. Civil Case Cover Sheet Judicial Council form CM-010.
4. Civil Case Cover Sheet Addendum and Statement of Location form SCLAC CIV 109 (01/23).
5. Payment in full of the filing fee, unless there is a court order for waiver, partial or schedule payments.
6. A signed order appointing a Guardian ad Litem, Judicial Council form CIV-010, if the plaintiff or petitioner is a minor under 18 years of age will be required by Court to issue a Summons.
7. Additional copies of documents to be conformed by the Clerk. Copies of the cover sheet and this addendum must be served along with the Summons and Complaint, or other initiating pleading in the case.