JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ALICIA BONILLA, an individual, et al.,

Plaintiffs,

v.

LINEAGE LOGISTICS, LLC; LINEAGE, INC.; ALTUS POWER, INC.; LOS PALOS STREET OPERATING, LLC; CHILL BUILD LOS ANGELES I, LLC; and DOES 1 through 50, inclusive,

Defendants.

CASE NO. 2:26-cv-08517-WLH-DMK

**ORDER GRANTING STIPULATION TO REMAND [8]**

Upon consideration of the Stipulation to Remand in which the parties agree that the above-captioned matter should be remanded to the Superior Court of the State of California for the County of Los Angeles, it is hereby **ORDERED** that the stipulation is **APPROVED** and this case is **REMANDED** to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED.**

Dated: August 31, 2026

Hon. Judge Wesley L. Hsu